IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 FEB 12 A 9: 57

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Carey P Robinson Jr #54311
Full name and prison number
of plaintiff(s)

v.

Commander McCarty
Et al.
_____
_____
_____
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 1:07-CV-127-MHT
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____
            _____

            Defendant(s) _____
            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____
            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Houston County Jail, Dothan, Alabama

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Houston County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME — ADDRESS

1. Commander McCarty Etal    901 East Main St. Dothan, Al, 36301
2. _____
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED January 25, 2007

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Physical and Mental detireation

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On and about 1-2-07 upon entering E-Pod, I noticed the unsanitary living conditions. I was ordered to sleep on the floor, which is very much a health hazard, and not long afterwards I started putting in grievance forms, and request forms concerning my health and welfare. The responses were vague and uninforming.

GROUND TWO: Unsanitary, ridden confines of this E-POD

SUPPORTING FACTS: Where there are men sleeping around the dayroom which is our dayroom, T.V. Room, & dining room for all three meals, which is very much a health hazard. With the heavy dust build-up in, and around the unit. The rust and peeling paint highten the possibility on any airborne, or viral infection possibilities which makes the jail in non-compliance with their policy E-303

GROUND THREE: Unprofessionalism from the Comander on down to the unit officers Lack of concern for my safety

SUPPORTING FACTS: On 1-25-07 I was called into the nurses station to check my vitals along with 7 other inmates and was placed in a 6x9 cell waiting to be seen. As we were called one by one, one of the inmates informed the nurse he had been diagnosed with TB about July 2006, and was currently being treated. Due to the Negligence of the jail, he possibly infected seven other inmates at one time, not to mention the pod that he was assigned to.

Attached Amendment: 1

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

The Command over this facility should be replaced and fired and required to Adhere to the procedures and polices, I feel we should be Compensated for their wrongdoing, by putting our lives in danger, Punitive, Declatory, and Compensatory Damages, and A full Complete physical.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on February 8, 2007
          (Date)

_____
Signature of plaintiff(s)

4

Attatched Amendment:

Mr. McCarty the jail commander displayed a level of unprofessionalism when we were sent to the nurses station. He met us there as a response to our concerns about our living conditions and health concerns. As Mr. McCarty adressed my fellow inmate in my presence he continued to use profound explicit language accusing us for lying and false accusations. As we pointed out to him the procedure in place the jail failed to adhere to their own policy about spraying our mats with a germacide 1x week. As my fellow inmate and proceeded to go to our Pod, we were directed by the C.O. to spray lice killer on our sleeping mat, which in fact is a poisen and more than a risk to my health that could have resulted to a fatality...

I am being released soon, so please send further info to: Thank you
715 W Ave C
Killeen, TX, 76541

Carly Robinson #54391 E-Pod S(cell)
901 E. Main St.
Dothan, Al 36301

MONTGOMERY AL 361
09 FEB 2007 PM 4 L

Houston Co. Jail Inmate Mail

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama,
36101-0711