AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**Middle** District of **Alabama**

RECEIVED 2007 FEB 12 A 9:57
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Carey P. Robinson Jr.,
Plaintiff

V.

Commander McCarty, ETL,
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 1:07-CV-127-MHT

I, **Carey P. Robinson Jr.** declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)
   If "Yes," state the place of your incarceration **Houston County Jail**
   Are you employed at the institution? **NO**   Do you receive any payment from the institution? **NO**
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends   ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☑ No
   d. Disability or workers compensation payments   ☐ Yes   ☑ No
   e. Gifts or inheritances   ☐ Yes   ☑ No
   f. Any other sources   ☐ Yes   ☑ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

showing all receipts, expenditures, and balances during the last six months in your _____
multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☑ Yes  ☐ No

   If "Yes," describe the property and state its value.

   95 Mazda Protege

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Knowone

I declare under penalty of perjury that the above information is true and correct.

01/29/2007            *[signature] Cary P. Rohm*
Date                   Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

M/D-6

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
__Southern__ DIVISION

RECEIVED

2007 FEB 12 A 9:57

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

1:07-CV-127-MHT

Carey P. Robinson Jr.

Plaintiff(s)

v.

Commander McCarty,
ET AL.

Defendant(s)

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) Carey P. Robinson Jr. moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_Carey P. Robinson Jr._
Plaintiff(s) signature

```
                         HOUSTON COUNTY JAIL
              ===============================================

                          Resident Account Summary
                      Thursday, February 08, 2007  @09:38

  ================================================================================
  For CIN: 54311    ROBINSON, CAREY
  --------------------------------------------------------------------------------
      Date     Transaction Description              Amount   Balance    Owed    Held    Reference
  --------------------------------------------------------------------------------
  02/06/2007  EPR          OID:100042781-ComisaryPur  -19.61     0.64    0.00    0.00
  02/04/2007  DEPMO        49308090964                 20.00    20.25    0.00    0.00
  01/30/2007  EPR          OID:100042479-ComisaryPur   -9.75     0.25    0.00    0.00
  01/29/2007  DEPMO        4935241807                  10.00    10.00    0.00    0.00
  01/24/2007  EPR          OID:100042279-ComisaryPur   -0.95     0.00    0.00    0.00
  01/17/2007  EPR          OID:100042053-ComisaryPur  -12.40     0.95    0.00    0.00
  01/09/2007  EPR          OID:100041923-ComisaryPur  -19.15    13.35    0.00    0.00
  01/07/2007  DEPMO        49352416245                 10.00    32.50    0.00    0.00
  01/07/2007  <MEDCO>      TYL                         -0.50    22.50    0.00    0.00
  01/07/2007  MEDCO        TYL                          0.50    23.00    0.50    0.00
  01/07/2007  DEPCASH      INITIAL DEPOSIT             23.00    23.00    0.00    0.00
```