| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]* ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*) *[illegible]* C. Date of Delivery 2/15/07 |
| 1. Article Addressed to:<br><br>Commander McCarty<br>901 E Main Street<br>Houston County Jail<br>Dothan, AL 36301<br><br>1:07cv127-MHT | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>*Cmp & Op*<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7005 1160 0001 2962 0297 |

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540