## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| CAREY P. ROBINSON, JR., #54311, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:07-CV-127-MHT |
| | ) |
| COMMANDER WILLIAM McCARTY, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR EXTENSION OF TIME

COMES NOW, Defendant in the above-styled cause, and respectfully requests an additional seven (7) day extension through and until April 4, 2007, in which to file his Special Report and Answer with this court, and as grounds therefore states as follows:

1.    That Defendant's Special Report and Answer is currently due in this case on March 26, 2007.

2.    Although requested by letter to the jail commander dated March 6, 2007, apparently due to the retirement of the Commander at the Houston County Jail and the resignation of the Jail Administrator, the undersigned has been unable to obtain the Jail medical file and Jail inmate file of the plaintiff to meet with the Defendant to finalize his affidavit to be used in support of his Special Report and Answer.  As of today, the jail has a new commander who is working to expedite the copying of the plaintiff's records for the undersigned to prepare a special report to this court.

WHEREFORE, Defendant respectfully requests an additional seven (7) day extension through and until April 4, 2007, in which to file his Special Report and Answer in this case.

Dated this 26th day of March, 2007.

Respectfully submitted,

**s/Gary C. Sherrer**
GARY C. SHERRER (SHE016)
Attorney for Above-Referenced Defendants

OF COUNSEL

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Telephone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have served a copy of the foregoing upon Carey P. Robinson, Jr., #54311, c/o Houston County Jail, 901 East Main Street, Dothan, Alabama 36301, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 26th day of March, 2007.

**s/Gary C. Sherrer**
OF COUNSEL