## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| CAREY P. ROBINSON, JR., #54311, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:07-CV-127-MHT |
| | ) |
| WILLIAM McCARTY, | ) |
| | ) |
| **Defendant.** | ) |

## SPECIAL REPORT AND ANSWER

Comes now defendant, **William McCarty**, in the above-styled cause and for Answer to plaintiff's Complaint, state as follows:

1.      As to Paragraph 1 of plaintiff's Complaint, defendant asserts that at this time he is without personal knowledge or information sufficient to form a belief as to the truth of the averments.

2.      As to Paragraph 2 of plaintiff's Complaint, defendant asserts that at this time he is without personal knowledge or information sufficient to form a belief as to the truth of the averments.

3.      As to Paragraph 3 of plaintiff's Complaint, defendant denies that the constitutional rights of plaintiff have been violated and demands strict proof thereof.

4.      As to Paragraph 4 of plaintiff's Complaint, defendant denies that plaintiff's constitutional rights have been violated at any time.

5.     As to Paragraph 5 of plaintiff's Complaint, defendant denies that plaintiff's Constitutional rights have been violated. Defendant asserts that while in the Houston County Jail, plaintiff has never been wrongly deprived of a right protected by the United States Constitution and the court decisions interpretive thereof. For more complete factual information regarding plaintiff's Complaint and defendant's response thereto, please refer to the **Affidavit of former Commander William McCarty** (Exhibit "1").

6.     As to Paragraph 6 of plaintiff's Complaint, defendant asserts that the plaintiff is not entitled to any relief from this Court as there has been no violation, constitutional or otherwise.

## AFFIRMATIVE AND ADDITIONAL DEFENSES

### FIRST DEFENSE

Plaintiff's Complaint and the claims therein, or alternatively portions thereof, fail to state a claim upon which relief can be granted.

### SECOND DEFENSE

Any allegations of plaintiff's Complaint not explicitly admitted herein are denied and strict proof is demanded to support such allegations.

### THIRD DEFENSE

The plaintiff's Complaint alleges claims for declaratory and injunctive relief which said claims are now moot as the plaintiff is no longer incarcerated in the Houston County Jail. The plaintiff was released from the Houston County Jail on or about March 8, 2007.

## FOURTH DEFENSE

That the plaintiff's claims involve declaratory and injunctive relief. Because the plaintiff is no longer incarcerated in the Houston County Jail, said claims are moot and this case is due to be dismissed. *See* County of Los Angeles v. Davis, 440 U.S. 625 (1979); Cotterall v. Paul, 755 F.2d 777 (11th Cir. 1985).

## FIFTH DEFENSE

Plaintiff is not entitled to any award of punitive damages should this complaint be construed to request them.

## SIXTH DEFENSE

Defendant asserts that cities and counties are absolutely immune from punitive damages under §1983. City of Newport v. Fact Concerts, Inc., 453 U.S. 247, 271 (1981*)*.

## SEVENTH DEFENSE

Plaintiff is not entitled to any relief requested in the Complaint.

## EIGHTH DEFENSE

There is no causal relation between the acts of the defendant and any injury or damage allegedly suffered by the plaintiff.

## NINTH DEFENSE

Plaintiff's injuries and damages, if any, were a result or consequence of supervening, independent or intervening conduct, events or acts by other persons or entities over whom defendant had no control or right of control.

## TENTH DEFENSE

Defendant affirmatively avers that all of his actions were taken in good faith. Plaintiff cannot

recover based upon plaintiff's conclusory, unsupported, bareboned and vague allegations against defendant as they are unsupported by fact or law.

## ELEVENTH DEFENSE

The allegations contained in plaintiff's Complaint against the defendant, sued in his individual capacity, fail to comply with the heightened specificity requirement of Rule 8 in § 1983 cases against persons sued in their individual capacities. *See* Oladeinde v. City of Birmingham, 963 F.2d 1481, 1485 (11th Cir. 1992); Arnold v. Board of Educ. of Escambia County, 880 F.2d 305, 309 (11th Cir. 1989).

## TWELFTH DEFENSE

Defendant affirmatively denies any and all alleged claims by the plaintiff concerning Plaintiff's alleged deprivation of civil rights.

## THIRTEENTH DEFENSE

Should the plaintiff's complaint be construed to state claims under Alabama law, all state claims against defendant in his official capacity are barred because the Eleventh Amendment to the United States Constitution prohibits federal courts from hearing state law claims against state officials under the Doctrine of Pendant Jurisdiction. Pennhurst State School and Hospital v. Halderman, 465 U.S. 89, 117-121 (1984).

## FOURTEENTH DEFENSE

All federal claims against defendant in his official capacity are barred by the Eleventh Amendment of the United States Constitution. Pennhurst State School and Hospital v. Halderman, 465 U.S. 89, 104 S. Ct. 900, 79 L.Ed., 2d 67 (1984).

## FIFTEENTH DEFENSE

In addition to defendant's Eleventh Amendment argument, Defendant further contends that he is not a "persons" within the meaning of 42 U.S.C. § 1983. The plaintiff, by suing defendant in his official capacity, is seeking damages from the State of Alabama. Neither a state, nor its officials, as sued in their official capacities are "persons" under 42 U.S.C. § 1983. Will v. Michigan Dept. of State Police, 109 S.Ct. 2304, 2312 (1989) and Hafer v. Melo, 502 U.S. 21, 22-23 (1991).

## SIXTEENTH DEFENSE

Defendant asserts the defense of qualified immunity. Further, defendant pleads the privileges, qualified immunities, substantive immunities, state law immunities, absolute immunities, defenses and good faith immunities given to officers of the law, governmental entities or otherwise in the above-styled cause. Defendant states that any action taken by the Defendant was made in good faith and in the performance of his duty as a state officer employed by the Sheriff of Houston County, Alabama.

## SEVENTEENTH DEFENSE

Defendant asserts and pleads the defense of substantive or state law immunity under the law of the State of Alabama.

## EIGHTEENTH DEFENSE

Defendant asserts and pleads sovereign immunity provided by Alabama Constitution 1901, Article I, §14.

## NINETEENTH DEFENSE

Defendant asserts that the allegations within the Complaint and the facts as will be developed

---

are insufficient to invoke the jurisdiction of this Court.

## TWENTIETH DEFENSE

Plaintiff's Complaint does not allege a violation of rights secured by the United States Constitution.

## TWENTY-FIRST DEFENSE

That the plaintiff has failed to exhaust his administrative remedies as mandated by the Prison Litigation Reform Act amendment to *42 U.S.C. § 1997e(a)*. Specifically, plaintiff has filed this lawsuit against the Houston County Commission without first presenting his claim to the county commission as required by *Ala. Code § 6-5-20;* plaintiff has filed this lawsuit against defendant who is a state officers without first exhausting his administrative remedies by filing a claim with and proceeding before the Alabama State Board of Adjustments as required by *Ala. Code § 41-9-60;* and plaintiff has failed to pursue the administrative remedies available to him in the Houston County Jail by virtue of the grievances procedures provided to the inmates therein.

## TWENTY-SECOND DEFENSE

That the Prison Litigation Reform Act amendment to *42 U.S.C. §1997e(c)* mandates the dismissal of plaintiff's claims herein as this action is frivolous, malicious, fails to state a claim upon which relief can be granted or seeks money damages from defendant who is entitled to immunity.

## TWENTY-THIRD DEFENSE

That the plaintiff does not plead or otherwise specifically show a physical injury as required by *42 U.S.C. §1997e(e)* which provides that

> *No Federal civil action may be brought by a prisoner confined in a jail, prison, or other correctional facility, for mental or emotional injury suffered while*

*in custody without a prior showing of physical injury.*

## TWENTY-FOURTH DEFENSE

That the plaintiff failed to comply with *28 U.S.C. §1915* with respect to the requirements and limitations inmates must follow in filing in forma paupers actions in federal court.

## TWENTY-FIFTH DEFENSE

That, pursuant to *28 U.S.C. §1915(f)*, plaintiff be required to make payment for all court costs in this matter in the same manner as provided for filing fees in *28 U.S.C. §1915(a)(2)*.

## TWENTY-SIXTH DEFENSE

Pursuant to *28 U.S.C. §1915A*, this court is requested to screen and dismiss this case, as soon as possible, either before or after docketing, as this case is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks money damages from defendant who is a state officer entitled to immunity. These same standards are continued and provided for in *42 U.S.C. §1997e(c)*.

## TWENTY-SEVENTH DEFENSE

Defendant asserts that mere negligence or medical malpractice is insufficient to state a claim. *See* Rogers v. Evans, 792 F.2d 1052 (11th Cir. 1986).

## TWENTY-EIGHTH DEFENSE

Defendant asserts the affirmative defense of the contributory negligence of plaintiff.

## TWENTY-NINTH DEFENSE

Defendant asserts the affirmative defense of the assumption of the risk by plaintiff.

### THIRTIETH DEFENSE

Defendant asserts the truth as a defense in this case.

### THIRTY-FIRST DEFENSE

Defendant asserts the affirmative defense of waiver which constitutes an avoidance or affirmative defense in this action.

### THIRTY-SECOND DEFENSE

Defendant denies that he breached a duty or obligation owed to the plaintiff.

### THIRTY-THIRD DEFENSE

Should the plaintiff's complaint be construed to claim punitive damages, plaintiff's claims for punitive damages are barred by the provisions of *Ala. Code §§ 6-11-20, 6-11-21, 6-11-26 and 6-11-27.*

### THIRTY-FOURTH DEFENSE

Defendant is entitled to immunity under state law from any state law claims deemed to be asserted by the plaintiff. *See* Ex parte Thomas J. Purvis (re: Ackers v. Mobile County, et al.) 689 So.2d 794 (Ala. 1996) and Alexander v. Hatfield, 652 So.2d 1142 (1994).

### THIRTY-FIFTH DEFENSE

Defendant is immune from punitive damages under *42 U.S.C. § 1983 and 42 U.S.C. § 1985.*

### THIRTY-SIXTH DEFENSE

With regard to any state law claims, Defendant asserts absolute state law immunity with regard to all state law claims asserted against him in his official and individual capacities. *See* Ex parte Jason Lowell Blankenship, 893 So.2d 303 (Ala. 2004) (Where the Alabama Supreme Court

held that not only should the case involving state law claims have been dismissed by the trial court, but also that the court did not have "subject matter jurisdiction" to do anything but dismiss the case.)

### THIRTY-SEVENTH DEFENSE

To the extent that plaintiff's claims are premised upon a *respondeat superior* theory, said claims are due to be dismissed because the plaintiff cannot recover for claims which are premised upon a *respondeat superior* theory. *See* White v. Birchfield, 582 So.2d 1085 (Ala. 1991); and Hardin v. Hayes, 957 F.2d 845 (11th Cir. 1992).

### THIRTY-EIGHTH DEFENSE

Plaintiff's complaint does not contain sufficient allegations of an affirmative causal link between the defendant's alleged conduct and the alleged constitutional deprivation. *See* Hardin v. Hayes, 957 F.2d 845, 848 (11th Cir. 1992); and Brown v. Crawford, 906 F.2d 667, 671 (11th Cir. 1990).

### THIRTY-NINTH DEFENSE

The plaintiff cannot recover against defendant in this case because Alabama law provides sufficient due process remedies for the allegations made by plaintiff herein and such remedies are constitutionally adequate.

### FORTIETH DEFENSE

Defendant asserts that plaintiff's Complaint is frivolous and filed in bad faith solely for the purpose of harassment and intimidation and requests this Court pursuant to *42 U.S.C. § 1988* to award defendant reasonable attorneys fees and costs incurred in the defense of this case.

## FORTY-FIRST DEFENSE

Plaintiff's claims against defendant in his individual capacity under *§ 1983* are due to be dismissed due to the plaintiff's failure to allege a violation of the Constitutional right to which plaintiff is entitled. The plaintiff has not adequately alleged a violation of the constitutional right to which the plaintiff is entitled under the First Amendment, Fourth Amendment, Fifth Amendment, Eighth Amendment and Fourteenth Amendment against defendant. Further, *§ 1983* does not provide substantive rights, but only provide a remedy for the violation of constitutional rights.

**Defendant respectfully requests this court to treat this Special Report and Answer as Motion for Summary Judgment.**

Respectfully submitted,

SHERRER, JONES & TERRY, P.C.

s/Gary C. Sherrer
GARY C. SHERRER, ATTORNEY FOR
THE ABOVE-REFERENCED DEFENDANT
Alabama Attorney Code No. SHE-016

OF COUNSEL:

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama  36301
(334) 678-0100

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have served a copy of the foregoing Special Report and Answer upon Carey P. Robinson, Jr., #54311, c/o Houston County Jail, 901 East Main Street, Dothan, Alabama 36301, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 4th day of April, 2007.

s/Gary C. Sherrer
OF COUNSEL

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

CAREY P. ROBINSON, JR., #54311,    )
                                   )
            Plaintiff,             )
                                   )
v.                                 ) CIVIL ACTION NO.: 1:07-CV-127-MHT
                                   )
WILLIAM McCARTY,                   )
                                   )
            Defendant.             )

### AFFIDAVIT

STATE OF ALABAMA,

HOUSTON COUNTY.

Before me, the undersigned authority for administering oaths, personally appeared **William**

**B. McCarty** of the Houston County Sheriff's Department, who is the former Commander-Jail

Operations for the Houston County Sheriff, Houston County, Alabama, who being by me first duly

sworn, deposes and says as follows:

I am William B. McCarty and I am the former Commander-Jail Operations of the Houston

County Jail, Houston County, Alabama and was so employed by the Houston County Sheriff from

June of 2004 until March 2, 2007, when I retired. My principal duties involved the administration

of the Houston County Jail. Unless otherwise indicated herein, I have personal knowledge of the

facts and information contained herein. I make this affidavit after review of the plaintiff's jail inmate

**EXHIBIT** 

file and the subject matter of plaintiff's Complaint in an attempt to address plaintiff's claims in this case. According to the records officer of the jail, the plaintiff is no longer incarcerated in the Houston County Jail as he was released from the jail on or about March 8, 2007.

The Houston County Jail, as a part of the Inmate Rules and Regulations, provides for an inmate Grievance Procedure. According to plaintiff's files and a thorough search of jail records, the plaintiff has filed one grievance on February 22, 2007 about his mail. The plaintiff has not filed any grievance related to the factual situation made the basis of plaintiff's complaint while in the Houston County Jail. A true and correct copy as kept in the ordinary course of the operation of the Houston County Jail of the Inmate Rules of the Houston County Jail which contain the inmate instructions on filing a grievance are attached hereto as **Exhibit A** and are incorporated herein by reference as if fully set forth. A true and correct copy as kept in the ordinary course of the operation of the Houston County Jail of Policy Number E-301 of the Houston County Jail Policy and Procedure Directive relating to Inmate Rules and Regulations is attached hereto as **Exhibit B** and is incorporated herein by reference as if fully set forth. A true and correct copy as kept in the ordinary course of the operation of the Houston County Jail of Policy Number E-302 of the Houston County Jail Policy and Procedure Directive relating to Receipt of Inmate Rules and Regulations is attached hereto as **Exhibit C** and is incorporated herein by reference as if fully set forth. A true and correct copy as kept in the ordinary course of the operation of the Houston County Jail of the plaintiff's Jail Docket Card showing that the plaintiff received a copy of the Inmate Rules is attached hereto collectively as **Exhibit D**, and is incorporated herein by reference as if fully set forth. A true and correct copy as kept in the ordinary course of the operation of the Houston County Jail of an Inmate

Grievance Form available to and as provided to inmates is attached hereto as **Exhibit E**, and is incorporated herein by reference as if fully set forth. A true and correct copy as kept in the ordinary course of the operation of the Houston County Jail of Policy Number E-401 of the Houston County Jail Policy and Procedure Directive relating to Inmate Grievances is attached hereto as **Exhibit F** and is incorporated herein by reference as if fully set forth.

While serving as Jail Commander, I was one of the custodians of the records maintained by the Houston County Jail. A true and correct copy of the plaintiff's jail inmate file as maintained by the officers of the Houston County Jail in the ordinary course of the Jail's day to day business is attached hereto as **Exhibit G**, and is incorporated herein by reference as if fully set forth.

In addition to funding four full time nurse positions (one of which is a Certified Registered Nurse Practitioner), a doctor contracted as the staff doctor and a registered supervising pharmacist for the provision of medical care to inmates such as the plaintiff, the County Jail provides a general medical clinic for medical problems that may arise in the jail. The medical clinic is held daily, Monday through Friday. The clinic is staffed by the staff physician and/or the Certified Registered Nurse Practitioner under the supervision of the physician. The nurses are in the Pods each day passing out inmate medications as well. Thus, inmates are given daily access to nursing services, hospital emergency room services, if necessary, and the general medical clinic. In addition, the nurses who work at the jail carry southern linc radio telephones and alternate being "on call" so there is generally a nurse available "on call" to the jail on a 24 hour a day, seven days a week, basis.

It is the policy of the Houston County Jail that all requests for medical treatment are forwarded to one of the nurses on duty with the expectation that appropriate and necessary medical

treatment will be provided to or obtained for the inmate.

With regard to plaintiff's allegations in his complaint regarding "unsanitary conditions," jail rules make it the responsibility of each inmate to clean their pods, which include shower areas, dayrooms and sleep areas as stated in **Exhibit A.** Inmates are given cleaning products and cleaning supplies three (3) times per day to clean their cells and pods. Inmates who do not follow the rules are subject to inmate disciplinary action according to established disciplinary procedure.

Shower walls were previously decontaminated with germicidal spray on a weekly basis. This germicide was causing the paint to peel from the shower walls. Contractors began installation of stainless steel shower walls in Pods A through H on January 11, 2007 and completed installation of the stainless steel shower walls on January 19, 2007. The shower walls are now cleaned and decontaminated using another type of disinfectant.

The Houston County Health Department inspects the inmate housing facility and food service area of the Houston County Jail on a quarterly basis. The inspection report(s) during the time complained of by the plaintiff do not list mold or mildew in E Pod and none was reported by corrections officers who conduct the cleaning inspections.

The Houston County Jail contracts out its pest control service to the commercial contractor who sprays all Houston County buildings. The entire jail is sprayed on a monthly basis by said contractor.

From time to time inmates have had to temporarily sleep on plastic portable beds or other temporary bedding in a day room of a Pod until space became available and they could be placed in a cell. Inmates are not temporarily housed in the day room of a Pod as a form of punishment, but

simply as an administrative matter usually from a temporary over population of inmates in the jail.

Based on my investigation of the plaintiff's claims, plaintiff's claims are baseless.

WILLIAM B. McCARTY

STATE OF ALABAMA,

HOUSTON COUNTY.

Before me, the undersigned authority, personally appeared **William B. McCarty**, who being

sworn by me according to law, deposes and states that the matters and things alleged in the above

Affidavit are true and correct to the best of his information, knowledge and belief.

Sworn to and subscribed before me on this the 4th day of April, 2007.

NOTARY PUBLIC
My Commission Expires:    12-9-08

# HOUSTON COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISON
### LAMAR GLOVER, SHERIFF

### INMATE RULES

Order is essential to the safe and secure operation of the jail. Inmate Rules describe the expected behavior of all inmates. Inmates found in violation of rules will be subject to disciplinary action or criminal action depending on the type of violation. Some rule violations will subject the inmate, if found guilty, to sanctions or restriction of privileges. All inmates found guilty of rule violations have a right to appeal. Appeals must be submitted within 24 hours after receiving the sanction or restriction.

### RULES

1. Uniforms (jump suits) will be worn at all times when an inmate is outside his/her cell. The uniform must be worn with the wording "Houston County Jail" on the outside, and the uniform must be buttoned completely. While in the recreation area, inmates may wear the uniform top down around their waist, but they must be wearing a T-shirt. However, females must wear a bra under their T-shirts. No bare skin will be exposed.

2. No foreign objects will be placed in the jail doors to keep the door open or prevent locking. All inmates housed in a cell will be required to keep the cell clean and free of debris.

3. No paper products or any other type product will be placed over cell windows, vents, doors, cell lights or on walls.

4 No inmate will behave in any manner that is disrespectful to any Sheriff's Department personnel, visitors, or other inmates.

5. No inmate will initiate any physical contact, assault or attempt to assault, nor perform any act that will endanger any Sheriff's Department personnel, or any other officer, inmate or visitor.

6. No inmate will waste, abuse, damage, or steal county property or personal property belonging to another inmate.

7. No inmate will incite any action that will threaten the safety or order of the jail.

8. No inmate will commit any lewd or indecent sexual act or exhibitions.

**901 East Main Street • Dothan, AL 36301**
(334) 712-0762 • Fax (334) 671-9479



9.   No inmate will possess or attempt to possess contraband either on his/her person, cell, or under his/her control to include testing positive for drugs or alcohol.

10.  Inmates must maintain their cells and common areas in a clean, sanitary, and orderly condition.

11.  No inmate will interfere with Sheriff's Department personnel, nor disobey an order or instructions given by Sheriff's Department personnel.

12.  No inmate will leave his/her authorized area.  Inmates must roll-in to their cells when told to do so.  Females must be seated on their bunk.

13.  Inmates must roll-in at all roll-in times.  Inmates assigned to day room access must be on their mattress at all roll-ins.

14.  No inmate will be allowed to wear a cap, scarf, hat, headrag, etc., or anything covering their hair or head.

15.  No inmate will touch or place any item on the sprinkler head in their cell.

16.  Inmates will not press the call buttons except in case of emergency.

17.  No inmate will pass any item from one pod to another.

18.  Inmates **must** wear identification arm band at all times.

## DAILY SCHEDULE

1.  Roll In/Roll Out times will be posted in the pod.

2.  Inmates will roll-in at shift change times for inmate count and any other time when called by the officers.

3.  Showers will be taken during the following hours:  1:00 P.M. - 2:30 P.M. and 3:30 P.M. - 8:30 P.M.

4.  Religious services will be held on nights scheduled by the Jail Commander.

5.  Meals will be served beginning at approximately the following times:    Breakfast - 5:00 A.M.
            Lunch - 11:00 A.M.
            Supper - 5:00 P.M.

Each inmate is responsible for getting their own tray.  Cups **will** be taken up after the supper meal and returned at the breakfast meal.

2

## PERSONAL ITEMS ALLOWED

**A.   Items Issued**

| | |
|---|---|
| Uniforms | Blanket |
| Mattress | Toothbrush |
| Mattress Cover | Comb |
| Laundry Bag | Soap |
| Towel | Toilet Paper |
| Bath Cloth | Toothpaste |

**B.   Clothing Allowed to be Brought Into the Facility**

1.   Undergarments, 6 pair, white only
2.   Socks, white only, 6 pair
3.   T-shirts, (6) white only (no tank-tops or pockets)
4.   Sweatshirt, or thermal underwear, 1 each, elastic
     waistband, no pockets
5.   Shower shoes, 1 pair
6.   Tennis shoes, 1 pair, no shoestrings.  No boots, clogs
     or sandals - must be new
7.   Bras, 3, white, no underwire

**C.   Hygiene Products Allowed
          (One Each)**

1.   Stick deodorant
2.   Bar soap (no liquid soap)
3.   Shampoo (clear plastic bottle)
4.   Hair grease/gel

All hygiene products must be the original container, clear
plastic and must have see-through contents and original
seal.  Never opened. (See Inmate Hygiene Policy page 10)

**D.   Other Items Allowed**

1.   Legal papers
2.   Personal letters (Not to exceed 10 letters)
3.   Soft-back Bible
4.   2 legal pads, letter size, no wire binding
5.   25 envelopes with stamps
6.   2 pencils, lead
7.   2 pens (non-retractable, non-metal point, see-through)
     (no crayons, colored pencils, highlighters or
     markers allowed)

**E.   Commissary Purchases**

1.   Weekend visitors whose name appears on an inmate's
     visitation list may deposit commissary money only into
     the inmate commissary fund of the inmate being visited.

2.   Cash money and only correct amount will be accepted.

<u>Coins will not be accepted.</u>

3.  Only certified checks or money orders will be accepted through the mail.

4.  Inmate workers assigned to outside duties will only be allowed to contribute to inmate workers fund on Saturdays and Sundays. Each inmate is allowed $25.00 per week or $5.00 per day. (Inmates are not permitted to have money in the pods or on their person.)

F.  <u>Acceptance of Personal Items</u>

The personal clothing worn by an inmate at booking, along with other personal items that are not considered contraband, will be stored in the property room and given back to the inmate at release. <u>The inmate must sign a property return receipt at release or transfer time.</u> If considered contraband, i.e., cigarettes, lighters, it will be destroyed after 3 days if not picked up by family members.

G.  <u>Television</u>

The televisions are provided in the facility for the convenience and entertainment of the inmate. The floor officer may change channels when he/she deems necessary. The television may be turned off or removed for disciplinary reasons at the discretion of the floor officer.

H.  <u>Cell Assignments and Institutional Living</u>

The inmate's cell assignment is the responsibility of the Records and Classification Division. Inmates must return to their assigned cells at all roll-in times.

<u>When the inmate leaves his/her cell for the dayroom, the bed must be made up neatly.</u>

Personal items must be stored in the drawer underneath the bunk. Items will not be stored underneath the mattress. Inmates must not alter or destroy any lights, walls, fixtures, or plumbing located in a cell. Inmates assigned to cells without a drawer may place their items neatly at the foot of the bunk.

J.  <u>Jail Library</u>

Library books are available once a week at the discretion of the Sergeant assigned library duty. Inmates may check out a maximum of two books per week.

K.  <u>Inmate Workers (Trustees)</u>

1.  Requirements for inmate workers:

   a.  Inmate must be convicted.
   b.  Inmate must not have a record of violence or
       sexual crimes or be a high risk.
   c.  All inmates must be medically approved.
   d.  The Jail Commander must approve all inmate workers.
   e.  Inmate must not be convicted of manufacturing or
       trafficking in drugs.

2.  Rules of inmate workers:

   a.  Inmate workers must perform work duties as
       assigned.
   b.  Workers must remain in work areas assigned and may
       be searched at any time.
   c.  Outside workers must inform control of their duties
       and location at all times.
   d.  Inmate workers must not enter control room or
       jailer's booth unless escorted.

## L.  Recreational Activities

Basketball goals have been installed in the recreation
areas, and their use is determined by the Sergeant on duty,
weather permitting.

## M.  Telephone Calls

1.  Inmates will not receive any telephone calls, nor will
    any messages be forwarded for calls.

2.  Legitimate emergency messages will be handled by the
    supervisor on duty.

3.  The jail personnel will only give out the charge,
    amount of bond, or sentence regarding an inmate.

4.  Inmates may make collect calls using the inmate
    telephone system located in the dayroom.  These
    calls may be monitored or recorded.

5.  **Upon written request by inmate, the receptionist
    may call and leave a message for an attorney.**

6.  Inmates are not allowed to use a phone in the
    docket area except at the time of booking.

7.  Upon written request by an inmate, the docket officer
    will call a bonding company of the inmate's choice.

## N.  Visitor Information

1.  **The Houston County Jail is a non-contact visiting jail.**
    Only attorneys meeting in private conference with

inmate clients are allowed contact visits.

2.  Inmates must complete a visitor list to see visitors. Visitors will not be allowed a visit if their name is not on the visiting cards, including children. Visiting list is restricted to only 8 names.

3.  After 7 days, including entry day, the visitation list will not be changed, added to, or deleted, for a period of 60 days.

4.  Visitors 16 years and older must present a current photo ID or driver's license before entry. Visitors under 16 years must have a social security card or a birth certificate, or be admitted at the discretion of the supervisor.

5.  Only two (2) people, including children, will be allowed to visit per inmate. Visitors must come and leave together. **Split visitation is not allowed.**

6.  For cause, the supervision of the jail may refuse an inmate's visitation privileges.

7.  Visitor cards will be held by the visitation officer in the lobby. Times will be noted on the card.

8.  Weekday visitation may be approved if **proper identification and proof of residency is presented. Weekday visits will only be approved if the visitor shows proof that their residence is a minimum of 100 miles from the Houston County Jail.** Out of town visits are for visitors who can not visit on regular visiting days and proof of the fact is presented. A visitor may not visit on the weekend and during the week day.

9.  Inmates are not allowed visitors while serving time on lockdown or lock up time.

10. Visitors will be arrested and prosecuted for bringing or attempting to bring contraband into the jail.

11. Visitors will not wear mini skirts, shorts above the knee, halter tops, tank tops, spaghetti straps, strapless/slit dresses. No see-through clothing or low cut necklines will be worn. No visitor will wear any clothing that exposes the body to bare skin from the shoulders to the knees. Arms are excluded.

## VISITING SCHEDULE

**SATURDAY:**          8:00 AM to 10:30 AM
                       Pods M thru O, and female inmates,
                       trustees and weekend dorms

SATURDAY:          1:00 PM to 3:30 PM
                   Pods I, J, K, L, holding and Nursing

SUNDAY:            8:00 AM to 10:30 AM
                   Pods A thru D

SUNDAY:            1:00 PM to 3:30 PM
                   Pods E thru H

## MAIL

1.  Letters will be inspected for contraband to ensure
    facility safety.

2.  No hand-delivered mail or packages will be accepted.
    Envelopes larger than 5X7 will not be accepted.

3.  Inmates may receive money orders through regular mail.
    The money order must be made payable to:  **Inmate
    Drawing Account.** and **must include the inmate's name
    and inmate number.**

4.  **Mail received by the inmates will be documented.
    opened. and inspected before delivery to the inmate.**
    Legal mail received by the inmate will be opened by
    the officer in the presence of the inmate **but not read.**

5.  Outgoing mail will be taken up each morning by the
    corrections officer.  Incoming mail will be delivered
    to the inmate daily.

6.  All incoming and outgoing mail must have the sender's
    **first** and **last name.**  No nicknames will be accepted.
    The envelope must bear the sender's complete address.

EXAMPLE:  John Doe Pod A, B, C, D
          901 East Main Street
          Dothan, Alabama 36301

                              Jane Doe Pod Location
                              901 East Main Street
                              Dothan, Alabama 36301

## LAW LIBRARY

The facility has a constitutionally accepted law library
for inmate use.  The inmate must submit a request to the
sergeant on duty to visit the library.  The sergeant will
arrange for use of the library by pod designation.  Inmates
cannot remove any book from the library.  The facility does
not provide a librarian.

## LIVING AREA REQUIREMENTS

A.  Inmate towel and bath cloth must be hung on the foot of
    the bed and be centered.  The towel will be hung first
    and the bath cloth hung neatly on the top of the towel.

B.  Shoes will be placed underneath the right side of the
    bunk at the foot of the bunk with toes turned out.

C.  The bunk will be neatly made.

D.  Bunks will be in compliance from 8:00 AM to 9:00 PM
    Monday through Friday.

E.  On Saturday and Sunday, bunks will be in compliance
    from 10:00 AM to 9:00 PM.

F.  No items will be stored underneath the bunk except
    shoes.  The inmate must keep his area clean and clear
    of litter.

G.  No items of any kind will be placed or stored on the
    window sill of the cell.

## MEDICAL CARE

A.  Inmates are charged a co-pay for medical care at the
    jail.  Inmate medical care is **not** free.  Alabama law
    dictates that inmate medical service is free when the
    inmates "are unable to provide for themselves," (Code
    of Alabama 14-6-19).

B.  Inmate medical co-pay is taken from the inmate's
    commissary funds.

C.  The inmate will be charged a co-pay for each medical
    visit and each medical service based on the following
    fees:

| | |
|---|---|
| Hospital Visit | $20.00 |
| Doctor Visit | $20.00 |
| Practioner Visit | $20.00 |
| LPN Visit | $ 5.00 |
| EMT Visit | $ 2.00 |
| Lab/X-Ray | $20.00 |
| Prescription (each) | $10.00 |
| Non-Prescription (each) | $  .50 |
| Dental visit | $20.00 |

D.  Inmates who request medical clearance to perform
    trustee duties and then refuse to work will be
    charged $98.00, or actual cost, for their lab work.

E.  Inmates are not allowed to ask questions during
    medication pass.

F.  Med call is announced prior to the nurse arriving

in each area.  Any inmate not standing in line by
the door will forfeit their medication and be
noted as being absent.

## CHAPLAIN SERVICES

A.  The jail has a staff chaplain on part-time duty.
However, a 24-hour call is maintained for inmates
who request emergency service.

B.  Inmates **must** request chaplain service.  Inmate request
forms may be obtained from the corrections officer on
duty.

C.  Inmates who are members of an established religious
body may be visited by the clergy of the religious
body at times listed, Monday thru Friday, during the
hours:  9:00 A.M. - 11:00 A.M.
        1:00 P.M. - 2:30 P.M.
        3:30 P.M. - 4:30 P.M.
except during lock-up times or when the inmate is on
disciplinary lockdown.  At the discretion of the
supervisor on duty, inmates on disciplinary lockdown
may be visited by clergy.

D.  Clergy must show proof that they are ministers of
an established religious body of which the inmate
desiring a visit is a declared member and complete a
visitation form provided by the jail facility before
they are allowed visitation.  Ministers are required
to complete the visitation form only once.

E.  **Pastoral visits are discouraged on Saturdays and
Sundays due to weekend visitation except during
emergency situations.**

F.  Non-denominational services are held during the
evenings on Monday, Tuesday, and Thursday, of
each week.  Other services and classes are held
at the discretion of the chaplain.

G.  Attendance at religious services is not mandatory
for the inmate.  The privilege to attend religious
services may be revoked by the supervisor on duty
for misbehavior during the service or any violation
of the inmate rules.

H.  Clergy who have family members that are incarcerated
and a member of the clergy's religious body may visit
the inmate once as clergy.  The remaining visits will
be on regular visiting time assigned to the inmate.
Clergy will be any minister employed by the established
religious organization.

HOUSTON COUNTY JAIL
POLICY AND PROCEDURE DIRECTIVE

INMATE HYGIENE

Date Issued:  April 14, 2005
Date Effective:  April 24, 2005
Revision Date:  April 25, 2005

Policy Number: E-303

## POLICY:

In order to promote the institutional goals of health, cleanliness, safety and security in the Houston County Jail, it is the policy of the Houston County Jail that except as may otherwise be specifically provided for herein, all inmates, male and female, shall adhere to this policy. Male inmates shall have hair no longer than one inch from their scalp. Additionally, female inmates shall have hair no longer than collar length. There will be no special hairstyles permitted. Furthermore, there shall be no facial hair greater than one-quarter inch (1/4") in length and fingernails shall be clipped to the tip of the finger. Each inmate shall shower daily; this includes shampooing the hair and a change in clothes. Inmates in food service shall wear a clean set of whites daily.

## PROCEDURE:

During the initial booking process, inmates with a set bond, but who are otherwise incarcerated over night, are not subject to the haircut requirement, but they shall not refuse a bath using a delousing soap and shampoo if required by the jail staff. Any inmate booked into the jail without a set bond shall have to comply with all requirements of this policy during the initial booking phase.

A schedule for compliance with this policy shall be set from time to time by the Jail Commander or Jail Administrator.

In the event an inmate wishes to have their haircut shorter, they must fill out an inmate request form and return it to the appropriate staff.

In an additional effort to prevent the spread of infection to other inmates and employees, every cell and holding area, including dayrooms, must be decontaminated using germicidal agents and steam cleaning the showers, floors and walls. This procedure must be done a minimum of once a week for every space in the secure areas of the jail occupied by an inmate, including the docket. The mats used for sleeping must be sprayed with germicide **weekly**.

To ensure this policy is being followed, the ranking Sergeant will perform inspections as may be necessary. Any inmate in non-compliance with this policy is to be reported to the Jail Commander or Jail Administrator and shall be subject to appropriate disciplinary action.

## GRIEVANCE PROCEDURE

01.    In the event that an inmate has a grievance, this inmate will send a grievance form to the Senior Corrections Officer, who will investigate and answer the grievance, and will settle this issue. If this is not possible, the Jail Commander may hold a formal hearing.

02.    The Senior Corrections Officer will hear all sides of the situation with a written statement or witnesses, as appropriate and render a decision. This inmate will be informed of the decision in writing. Actions taken will be documented.

Houston County Jail
Policy and Procedure Directive

# INMATE RULES AND REGULATIONS

Date Issued: May 1, 1999          Policy Number: E-301

**POLICY:**

It is the policy of the Houston County Jail to advise inmates, in writing, of inmate rules and regulations.

**PROCEDURE:**

The jail will provide each inmate admitted to general population a copy of the inmate rules and regulations.

The inmate rules and regulations handout will be reviewed by the Jail Administrator and updated as necessary.

ACJS 13-001

**EXHIBIT B**

**Houston County Jail**
**Policy and Procedure Directive**

# RECEIPT OF INMATE RULES AND REGULATIONS

Date Issued:  May 1, 1999                                    Policy Number: E-302

## POLICY:

It is the policy of the Houston County Jail to inform all new inmates of the inmate rules and regulations.

## PROCEDURE:

Prior to any inmate being placed in a regular housing unit of the jail, the jail will provide the inmate with a copy of the inmate rules and regulations.

If the inmate is unable to read the inmate rules and regulations, a jail officer will read them to him/her and document the event.  In reading the rules and regulations, the staff member will explain each rule and regulation and answer any questions the inmate may have about the rules and regulations.

The jail officer will complete the Rules and Regulations Receipt form advising the inmate that he/she will be required to abide by those rules and regulations while an inmate in the Houston County Jail.

The inmate will then be required to sign the receipt form.  If inmate refuses, the process will be documented and procedure continued.

The receipt form will be placed in the inmate's file.

**EXHIBIT**          C



**HOUSTON COUNTY JAIL**
**JAIL DOCKET CARD**

**EXHIBIT D**

# INMATE GRIEVANCE FORM

DATE:_____     INSTITUTION:_____

NAME:_____     INMATE NUMBER:_____

NATURE OF GRIEVANCE OR INFORMATION:

_____

_____

_____

_____

_____

_____

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT ? _____

_____

_____

_____

_____

_____

DATE HEARING:_____

COMMITTEE FINDING OR RESPONSE: _____

_____

_____

_____

REFERRED TO:_____     POSITION:_____

CHAIRMAN:_____     MEMBER:_____

MEMBER: _____     WARDEN:_____

AGREE_____ DISAGREE:_____     (WITH COMMITTEE FINDINGS)

CHIEF WARDEN RESPONSE: _____

_____

_____

_____

_____

DATE GRIEVANCE FILED:_____     TIME FILED:_____

SHIFT COMMANDER·



**EXHIBIT**

**E**

**Houston County Jail**
Policy and Procedure Directive

# INMATE GRIEVANCES

Date Issued: May 1, 1999                    Policy Number: E-401

**POLICY:**

It is the policy of the Houston County Jail that inmates are permitted to submit grievances to the jail administration and that each grievance will receive a response.

**PROCEDURE:**

The Jail Administrator will devise a grievance form to be made available to all inmates on request.  Grievance forms will be limited to one (1) per day per inmate.

Completed grievance forms will be delivered to the Jail Administrator through an appointed grievance officer, who will respond to the grievance.

The grievance response to the inmate will be in writing.

The decision of the Jail Administrator may be appealed to the Sheriff or designee, within seventy-two (72) hours of the receipt of the grievance decision.

**EXHIBIT    F**



HOUSTON COUNTY JAIL
JAIL DOCKET CARD

**EXHIBIT** G

STATE USAGE

STATE USAGE

REF SECOND

SUBMISSION    APPROXIMATE CLASS    AMPUTATION    SCAR

LEAVE BLANK

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

**ROBINSON, CAREY P**

SIGNATURE OF PERSON FINGERPRINTED

SOCIAL SECURITY NO.

**562950393**

LEAVE BLANK

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH   MM   DD   YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| | | **19780129** | **M** | **B** | **509** | **225** | **BRO** | **BLK** |

1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING    5. R. LITTLE

6. L. THUMB    7. L. INDEX    8. L. MIDDLE    9. L. RING    10. L. LITTLE

ID 50X50G8 TPFC #1107 01:28:16    5701LD #1x 20070103 01:39

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L THUMB    R THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

STATE USAGE

(STAPLE HERE)

STATE USAGE

NFF SECOND

SUBMISSION

LEAVE BLANK

APPROXIMATE CLASS | AMPUTATION | SCAR

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

SIGNATURE OF PERSON FINGERPRINTED

**ROBINSON, CAREY P**

ALIASES/MAIDEN

SOCIAL SECURITY NO.

**562950393**

LEAVE BLANK

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

FBI NO.

STATE IDENTIFICATION NO.

DATE OF BIRTH  MM  DD  YY
**19780129**

| SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|-----|------|--------|--------|------|------|
| M | B | 509 | 225 | BRO | BLK |



1. R. THUMB   2. R. INDEX   3. R. MIDDLE   4. R. RING   5. R. LITTLE

L. THUMB   7. L. INDEX   8. L. MIDDLE   9. L. RING   10. L. LITTLE

ID 50X50G8 TPFC #1107 01:28:16

5701LD #1x 20070103 01:19

FOUR FINGERS TAKEN SIMULTANEOUSLY

L. THUMB   R. THUMB

RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

# Houston County Jail

## Release Verification Form

Inmate Number: ___54311___

Date: _____

Date of Release: ___3-8-.07___

Time of Release: ___1448___

Charge(s):

1. ___WPCS-FTA___
2. ___Obst Just___
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____

Case Number(s):

___Cc 03-905___

___cc 04-1931___

_____

_____

_____

_____

_____

Reason for Release: ___Court Order TOT DPD___

Inmate Name: ___Carly Robinson___

Date of Birth: ___1/29/78___     Soc. Sec. #: ___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___

Address: ___715 W Ave C___
___Killeen, TX 76541___

Inmate Signature: _____

THE INFORMATION LISTED ABOVE WAS PROVIDED BY THE NAMED SUBJECT PRIOR TO HIS/HER RELEASE FROM THE HOUSTON COUNTY JAIL.

C/O Signature: _____
Verbally verified by Docket Officer

HOUSTON COUNTY SHERIFFS OFFICE

INMATE INFORMATION SHEET                                 Page     1

| | |
|---|---|
| BOOKING NO:   070000022 | LOCAL ID:   54311 |

Name    : **ROBINSON CAREY PAUL**

Address: **715 WEST AVE C**

City    : **KILLEEN**          State: **TX** Zip: **76541**



## Physical Description

Race :  **BLACK**                Hair :  **BLACK**

Gender:  **MALE**               Eyes:  **BROWN**

Height:  **5 ' 09 "**       Complexion:  **DARK**

Weight: **225**              DOB:  **01/29/1978**       Age: **28**

Scars/Tattoos:

## Personal Information

DL State :                       Home Phone:  **254 285 7180**

DL Number:                       Work Phone:

SSN:  **562 95 0393**

SID:

## Booking Information

Arrest Date: **01/02/2007**        Booking Officer:  **HUNTER**

Arrest Dept: **HCSD/PTS**           Booking Date:  **01/02/2007**

Arrest Offcr: **BRODMERKEL**         Booking Time:  **19:15**

Search Offcr: **PAT/STRIP**              Facility:  **01**

Meal Code: **01**              Cell Assignment:  **E POD**

## Charge Information

| Offense | Fine | Bond | Disposition |
|---|---|---|---|
| FTA/OBSTRUCT JUST-FALS | $00.00 | 5000 | PENDING |
| FTA/POSS CONTR SUBS | $00.00 | NO BOND | PENDING |

HOUSTON COUNTY JAIL
BOOKING CHECK OFF LIST
DATE: 1/02/07  TIME: 1915

SENIOR CORRECTIONS OFFICER(S) DUTY _Sgt Bonin_

Inmate Name: _Robinson Corey P_  Inmate Number: _54311_

**BOOKING OFFICER MUST INITIAL AFTER COMPLETING
EACH ITEM AND SIGN IN THE PROPER SPACE.**

_____ 1. All personal property secured
_____ 2. Check in-house warrants
_____ 3. Check for last incarceration
_____ 4. Arrest report completed by arresting officer
_____ 5. All charges listed on arrest report and bonds listed for each charge
_____ 6. **Bond amount noted on warrant**
_____ 7. All inmate property tagged/placed in envelope
_____ 8. Property envelope completely filled out/signed by inmate
_____ 9. All money counted/logged in money book
_____ 10. Money envelope completed/supervisor counts
_____ 11. SCO calls control and logs money in SCO money book
_____ 12. SCO seals money/places in box
_____ 13. **Check for outstanding warrants\_\_\_\_\_NCIC\_\_\_\_\_Dothan**
_____ 14. Inmate numbers properly assigned
_____ 15. Inmate recorded in black book
_____ 16. Inmate recorded on white pages
_____ 17. **Docket I.D., floor card completed, and bond amount verified on docket card**
_____ 18. Fingerprint card completed
_____ 19. Medical screen completed
_____ 20. Affidavit of hardship completed
_____ 21. Green disposition form completed (FBI)
_____ 22. Property hold form (telephone call, bond applied)
_____ 23. Fingerprinted/photographed/entered in computer
_____ 24. Property card completed
_____ 25. Visitor/Telephone list completed
_____ 26. Inmate handbook received
_____ 27. **Bond completed/amount checked against warrant**
_____ 28. **Correct court date noted on bond**
_____ 29. **Inmate and surety signature on bond**
_____ 30. **All pass on information documented in pass book**

_____

_____
Signature of Booking Officer(s)

Southeastern Printers of Dothan, 334-792-2928

# HOUSTON COUNTY JAIL
## JAIL DOCKET CARD

VIC

1610   7/27/04

| INMATE # | LAST NAME | FIRST | MIDDLE | MAIDEN | ALIAS | VICTIM NOTIFICATION |
|---|---|---|---|---|---|---|
| 24311 | Robinson | Corey | Paul | | | |

| ARRESTING AGENCY | DATE RECEIVED | TEMP RELEASE DATE | RETURN DATE | RELEASE DATE | HOW RELEASED |
|---|---|---|---|---|---|
| | 7/27/04 | | | 7/27/04 | Court - 1X1000 11:30 |

| RISK | DOB | SSN | RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOCKET OFFICER | ARRESTING OFFICER |
|---|---|---|---|---|---|---|---|---|---|---|
| AGE 26 | 1/29/78 | 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 | B | M | 5'09 | 225 | Blk | Brn | Simmons / Barry | Huston |

| STATUS | ENTRANCE NCIC/BY | ENTRANCE HOUSTON/BY | ENTRANCE DPD/BY | FELONY CRIMINAL HISTORY/BY | AGENCY HOUSED FOR |
|---|---|---|---|---|---|
| | May C.D. | May S.D. | May C.D. | | |

| EXIT NCIC/BY | EXIT HOUSTON/BY | EXIT DPD/BY | | |
|---|---|---|---|---|

| HOLD 1 | HOLD 2 | HOLD 3 | HOLD 4 | |
|---|---|---|---|---|
| DATE/BY | DATE/BY | DATE/BY | DATE/BY | |
| HOLD RELEASE DATE/BY | HOLD RELEASE DATE/BY | HOLD RELEASE DATE/BY | HOLD RELEASE DATE/BY | |

| PROBATION/PAROLE OFFICER | ATTORNEY |
|---|---|

| ADDRESS | CITY | STATE | CITY/STATE | PHONE |
|---|---|---|---|---|
| 100 Claudville De Cottle Dothan | GA | AL | | 793-2069 |

| NEXT OF KIN | ADDRESS | | PHONE | RELATION |
|---|---|---|---|---|
| LaShante Finch | Same | Same | 793-2069 | Wife |

REMARKS:

DID INMATE RECEIVE PHONE CALL? ( )Y ( )N

INMATE SIGNATURE X

DID INMATE RECEIVE JAIL RULES? ( )Y ( )N

INMATE SIGNATURE X

LEXINGTON PRINTING CO. • FORM HC-DC • REV 8-01 • (334) 792-6651 • WO #60

| CASE# 04-002874 | DATE 07 | 26 | 04 | ARREST TIME 1720 | BOOKING TIME 1747 | ☐ ADULT | ☐ JUVENILE | ☑ DL IN POSSESSION |

**NAME (LAST, FIRST, MIDDLE)** Robinson Jr., Carey Paul

**ALIAS NAMES OR NICKNAMES**

| ADDRESS 100 Grandville Dr Apt A-8 | CITY Dothan | STATE AL | ZIP 36301 |

| HOME PHONE 793-2689 | WORK PHONE 673-7504 | DOB 01 29 78 | POB | SSN 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 |

| OLN/ID 6620675 | STATE AL | RACE B | SEX M | ETHNIC ORIGIN | HEIGHT 5'9 | WEIGHT 225 | OCCUPATION Cab driver |

| EMPLOYER Tri-State Cab | EMPLOYER ADDRESS 301 Pettis St Dothan AL 36301 |

| HAIR COLOR Blk | HAIR LENGTH Short | HAIR STYLE Afro | EYE COLOR Brn | COMPLEXION Med | FACIAL HAIR | BUILD Large |

| TEETH Normal | SPEECH Normal | WEAPON HELD | HAND USE R | MARITAL STATUS S | SOBRIETY S |

| CAUTIONS | RELIGION | SCARS, MARKS, TATTOOS |

| SID# | SID# | SID# | FB# |

| RELATED CASE# 04-006918 | SOURCE OFFN | RELATED CASE# | SOURCE |

| RELATED CASE# | SOURCE | RELATED CASE# | SOURCE |

| VIOLATION LOCATION 600 blk Allen Rd Dothan AL 36303 | ZONE |

| ARREST LOCATION 600 blk Allen Rd Dothan AL 36303 | ZONE |

| | CHARGE 1 | COUNTS | UCR | STATUTE | CLEARED |
|---|---|---|---|---|---|
| ☑ ON VIEW / CALL / WARRANT / JPO | AW | 1 | 5015 | 151043 | 1 |
| ☑ ON VIEW / CALL / WARRANT / JPO | CHARGE 2 Obstructing Justice | 1 | 4802 | 13A-10-0042 | 1 |
| ON VIEW / CALL / WARRANT / JPO | CHARGE 3 | | | | |
| ON VIEW / CALL / WARRANT / JPO | CHARGE 4 | | | | |
| ON VIEW / CALL / WARRANT / JPO | CHARGE 5 | | | | |

| AW#1 TR 03-14875 | | AW 405766 | AW#2 | | |
| AW#3 | | | AW#4 | | |
| AW#5 | | | AW#6 | | |
| AW#7 | | | AW#8 | | |
| AW#9 | | | AW#10 | | |

| ARRESTING OFFICER W. Benny | ID# 419 | SHIFT 1-P | SUPERVISOR/ID# |

HOUSTON COUNTY SHERIFFS OFFICE

INMATE INFORMATION SHEET                                     Page    1

BOOKING NO:   040002726                          LOCAL ID:   54311

Name      : **ROBINSON CAREY PAUL**

Address : **100 GRAND VILLA DR APT A8**

City      : **DOTHAN**          State: AL Zip: **36301**



## Physical Description

Race :  **BLACK**                    Hair :  **BLACK**

Gender: **MALE**                     Eyes:  **BROWN**

Height: **5 ' 09 "**                 Complexion:  **DARK**

Weight: **225**                      DOB:  **01/29/1978**      Age: **26**

Scars/Tattoos:

## Personal Information

   DL State :                     Home Phone:  **334 793 2689**

   DL Number:                     Work Phone:

        SSN:  **562 95 0393**

        SID:

## Booking Information

   Arrest Date: **07/27/2004**        Booking Officer: **SIMMONS**

   Arrest Dept: **DPD**               Booking Date: **07/27/2004**

Arrest Offcr: **BENNY**               Booking Time: **17:06**

Search Offcr: **SIMMONS**                 Facility: **01**

     Meal Code: **01**               Cell Assignment:

## Charge Information

Offense                  Fine        Bond        Disposition
**OBST JUST**            **$00.00**  **1,000**   **PENDING**

# Houston County Jail
## Release Verification Form

Inmate Number : _54311_

Date of Release : _7/27/04_

Date : _7/27/04_

Time of Release : _1734_

Charge(s) :

1. _obst Justice_
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____

Case Number(s) :

_WR 04- 12302_

Reason for Release : _Get Out / X 1,000_

Inmate Name : _Robinson, Carey_

Date of Birth : _1/29/78_     Soc. Sec. # : _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_

Address : _100 Grand villa Dr apt A8_

_Dothan Al 36301_

Inmate Signature : _____

**THE INFORMATION LISTED ABOVE WAS PROVIDED BY THE NAMED SUBJECT PRIOR TO HIS/HER RELEASE FROM THE HOUSTON COUNTY JAIL.**

C/O Signature : _____

Verbally verified by Docket Officer

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION, CLARKSBURG, WV 26306

PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES WHICH INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT

| | | DATE OF ARREST | ORI | |
|---|---|---|---|---|
| JUVENILE FINGERPRINT | | MO  DD  YY | ORI  AL0380000 | |
| SUBMISSION | YES ☐ | 20040727 | CONTRIBUTOR  HOUSTON CO SD | |
| | | | ADDRESS  DOTHAN AL  AL | |
| TREAT AS ADULT | YES ☐ | | REPLY YES  Y  DESIRED | COUNTRY OF CITIZENSHIP |

| SEND COPY TO:  ENTER ORI | DATE OF OFFENSE  MM  DD  YY | PLACE OF BIRTH (STATE OR COUNTRY) | | US |
|---|---|---|---|---|
| | 20040727 | CA | | |

| MISCELLANEOUS NUMBERS | SCARS, MARKS, TATTOOS, AND AMPUTATIONS | | | CITY | STATE |
|---|---|---|---|---|---|
| | RESIDENCE/COMPLETE ADDRESS | | | DOTHAN | AL |
| | 100 | GRANDVILLA DR APT A8 | | | 36301 |
| | | | | PHOTO AVAILABLE? | YES X |

| OFFICIAL TAKING FINGERPRINTS  (NAME OR NUMBER) | LOCAL IDENTIFICATION/REFERENCE | | PALM PRINTS TAKEN? | YES ☐ |
|---|---|---|---|---|
| J30 | 54311 | | | |
| Travis Simmons | | OCCUPATION | | |

EMPLOYER:    IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY.
IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.

DISPOSITION
1.

CHARGE/CITATION
1.
20040727   4899
OBSTRUCT POLICE
GIV FALSE INFO

2.                                                                 2.

3.                                                                 3.

ADDITIONAL                                                         ADDITIONAL

STATE BUREAU STAMP

ADDITIONAL INFORMATION/BASIS FOR CAUTION

☆ U.S. GPO: 2001 479-516/40019
FD-249 (REV. 5-11-99)

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE, WASHINGTON, D.C. 20537-9700
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION, CLARKSBURG, W.V. 26306

PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY BASIS OF AUTHORITY FOR SUCH SOLICITATION AND USES WHICH WILL BE MADE OF IT.

| JUVENILE FINGERPRINT | DATE OF ARREST | ORI |
|---|---|---|
| SUBMISSION          YES ☐ | MM  DD  YY<br>20040727 | CONTRIBUTOR  AL0380000000<br>ADDRESS  HOUSTON CO SD<br>DOTHAN MAIN, AL |
| TREAT AS ADULT      YES ☐ | REPLY DESIRED?  YES **V** | |

| SEND COPY TO:<br>(ENTER ORI) | DATE OF OFFENSE | PLACE OF BIRTH (STATE OR COUNTRY) | COUNTRY OF CITIZENSHIP |
|---|---|---|---|
| | MM  DD  YY<br>20040727 | CA | US |

| MISCELLANEOUS NUMBERS | SCARS, MARKS, TATTOOS, AND AMPUTATIONS | | |
|---|---|---|---|

| | RESIDENCE/COMPLETE ADDRESS | CITY | STATE |
|---|---|---|---|
| | 100  GRANDVILLA DR APT A8 | DOTHAN | AL<br>36301 |

| OFFICIAL TAKING FINGERPRINTS<br>(NAME OR NUMBER)<br>J30<br>Travis Simmons | LOCAL IDENTIFICATION/REFERENCE<br>54311 | PHOTO AVAILABLE?  YES **X** |
|---|---|---|
| | | PALM PRINTS TAKEN?  YES ☐ |

| | OCCUPATION |
|---|---|
| EMPLOYER:  IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY.<br>IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO. | |

| CHARGE/CITATION | DISPOSITION |
|---|---|
| 1.<br>20040727  4899<br>OBSTRUCT POLICE<br>GIV FALSE INFO | 1. |
| 2. | 2. |
| | 3. |
| 3. | |
| | ADDITIONAL |
| ADDITIONAL | |
| ADDITIONAL INFORMATION/BASIS FOR CAUTION | STATE BUREAU STAMP |

☆ U.S. GPO: 2001 475-516/40019
FD-249 (REV. 5-11-99)

## HOUSTON COUNTY JAIL
### BOOKING/CHECK OFF LIST

DATE: _1/27/04_ TIME: _____

SENIOR CORRECTIONS OFFICER(S) DUTY _Reynolds_____

Inmate Name: _Robinson, Carey_____    Inmate Number: _54311_____

**BOOKING OFFICER MUST INITIAL AFTER COMPLETING
EACH ITEM AND SIGN IN THE PROPER SPACE.**

_T.S._ 1. All personal property secured
_____ 2. Check in-house warrants
_____ 3. Check for last incarceration
_____ 4. Arrest report completed by arresting officer
_____ 5. All charges listed on arrest report and bonds listed for each charge
_____ **6. Bond amount noted on warrant**
_____ 7. All inmate property tagged/placed in envelope
_____ 8. Property envelope completely filled out/signed by inmate
_____ 9. All money counted/logged in money book
_____ 10. Money envelope completed/supervisor counts
_____ 11. SCO calls control and logs money in SCO money book
_____ 12. SCO seals money/places in box
_T.S._ **13. Check for outstanding warrants** ✓ NCIC ✓ Dothan
_____ 14. Inmate numbers properly assigned
_____ 15. Inmate recorded in black book
_____ 16. Inmate recorded on white pages
_____ **17. Docket I.D., floor card completed, and bond amount verified on docket card**
_____ 18. Fingerprint card completed
_____ 19. Medical screen completed
_____ 20. Affidavit of hardship completed
_____ 21. Green disposition form completed (FBI)
_____ 22. Property hold form (telephone call, bond applied)
_____ 23. Fingerprinted/photographed/entered in computer
_____ 24. Property card completed
_____ 25. Visitor/Telephone list completed
_____ 26. Inmate handbook received
_____ **27. Bond completed/amount checked against warrant**
_____ **28. Correct court date noted on bond**
_____ **29. Inmate and surety signature on bond**
_____ 30. All pass on information documented in pass book

Signature of Booking Officer(s)

*Southeastern Printers of Dothan, 334-792-2928*

**HOUSTON COUNTY JAIL**
**JAIL DOCKET CARD**

3/28/03
1514 (Get out)

| INMATE # 54311 | LAST NAME Robinson | FIRST Corey | MIDDLE Paul | MAIDEN | ALIAS | VICTIM NOTIFICATION |
|---|---|---|---|---|---|---|

| ARRESTING AGENCY | DATE RECEIVED | TEMP RELEASE DATE | RETURN DATE | RELEASE DATE | HOW RELEASED |
|---|---|---|---|---|---|
| DPD | 3/28/03 | | | 3/28/03 | Rel Get out Bonding |

| RISK | STATUS | | | DOCKET OFFICER | ARRESTING OFFICER |
|---|---|---|---|---|---|
| | | | | Cashus S. Jules. | Pat Get out Bonding |

| AGE 25 | DOB 1-26-78 | SSN 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 | RACE B | SEX M | HEIGHT 5'09" | WEIGHT 225 | HAIR BLK | EYES BRO | AGENCY HOUSED FOR Houston |
|---|---|---|---|---|---|---|---|---|---|

| ENTRANCE NCIC/BY Neg. CJ | EXIT NCIC/BY | ENTRANCE HOUS/ON/BY Neg. J27 | EXIT HOUS/ON/BY Neg. J27 | ENTRANCE DPD/BY Neg. CJ | EXIT DPD/BY | FELONY CRIMINAL HISTORY/BY |
|---|---|---|---|---|---|---|

| HOLD 1 | DATE/BY | HOLD RELEASE DATE/BY | HOLD 2 | DATE/BY | HOLD RELEASE DATE/BY | ATTORNEY |
|---|---|---|---|---|---|---|

| HOLD 3 | DATE/BY | HOLD RELEASE DATE/BY | HOLD 4 | DATE/BY | HOLD RELEASE DATE/BY | PROBATION/PAROLE OFFICER |
|---|---|---|---|---|---|---|

| ADDRESS 100 Grand Villa Dr Apt 148 Dothan AL | | CITY Dothan | STATE AL | CITY/STATE Same | |
|---|---|---|---|---|---|

| NEXT OF KIN Lashunda Finch | ADDRESS Same | CITY/STATE Same | PHONE Same | RELATION Fiance |
|---|---|---|---|---|

**REMARKS:**

DID INMATE RECEIVE PHONE CALL?  (✗) Y  ( ) N

INMATE SIGNATURE   X

DID INMATE RECEIVE JAIL RULES?  ( ) Y  (✗) N

INMATE SIGNATURE   X

(334) 743-2684

CHSW-HC.DOC · REV. 8/93 · (334) 782-6861 · WO #80

| INMATE # 54311 | NAME | | | | |
|---|---|---|---|---|---|
| CHARGE Poss Cocaine | WARRANT # WR 03-9064 | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
| BOND HLD | 4-2-03 8:00 PM News Media Center | | | | |
| CHARGE | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
| BOND | | | | | |
| CHARGE | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
| BOND | | | | | |
| CHARGE | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
| BOND | | | | | |
| CHARGE | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
| BOND | | | | | |

RELATED CASE # _03 - 008715_____    SOURCE _OFFN_

RELATED CASE # _03 - 050371_____    SOURCE _EUDN_

RELATED CASE # _____    SOURCE _____

RELATED CASE # _____    SOURCE _____

VIOLATION LOCATION _285  South  Foster  Street_

ARREST LOCATION _285  South  Foster  Street_

ZONE _18_    ASSIGNMENT _Vice_    ORI _038000_

ON VIEW [X]    CALL [ ]    WARRANT [ ]    JPO [ ]

CHARGE 1 _UPCS (cocaine)_____

COUNTS _1_    UCR _3532_    SEQ _____    STATUTE _13A 12212_    CLEARANCES _____

DRUG TYPE _cocaine_    OPERATOR/ID _____    BAC _____

ON VIEW [ ]    CALL [ ]    WARRANT [ ]    JPO [ ]

CHARGE 2 _____

COUNTS _____    UCR _____    SEQ _____    STATUTE _____    CLEARANCES _____

ON VIEW    CALL    WARRANT    JPO

CHARGE 3 _____

COUNTS _____    UCR _____    SEQ _____    STATUTE _____    CLEARANCES _____

ON VIEW    CALL    WARRANT    JPO

CHARGE 4 _____

COUNTS _____    UCR _____    SEQ _____    STATUTE _____    CLEARANCES _____

ON VIEW    CALL    WARRANT    JPO

CHARGE 5 _____

COUNTS _____    UCR _____    SEQ _____    STATUTE _____    CLEARANCES _____

ON VIEW    CALL    WARRANT    JPO

CHARGE 6 _____

COUNTS _____    UCR _____    SEQ _____    STATUTE _____    CLEARANCES _____

AW #1 _____

AW #2 _____

AW #3 _____

AW #4 _____

AW #5 _____

AW #6 _____

AW #7 _____

AW #8 _____

AW #9 _____

AW #10 _____

ARRESTING OFFICER _S. Jones_    ID # _479_

# DOTHAN POLICE DEPARTMENT ARREST REPORT

COPY

ADULT [X]   JUVENILE [ ]                                          IH4 [ ]

ARREST # 01- 03        001199        ITEM # 1
DATE 03-28-2003        ARREST TIME 0015        BOOKING TIME 0043
NAME Robinson        Carey        Paul
          LAST              FIRST          MIDDLE

ALIAS/MAIDEN _____
                    LAST              FIRST          MIDDLE

ADDRESS 100 _____ Grand Villa ___ Dr ___ A-B
          NUMBER  DIRECTION    STREET/ROAD   SUFFIX   APT/LOT/SUITE

          Dothan          AL        36303
          CITY            STATE      ZIP

DOB 2-29-1978   SSN 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   POB San Diego , California
HOME PHONE 334-793-2689   OLN/ID 6620675   ST AL   IP (1)YES   2-NO
EMPLOYER Tri-State Cabs        OCCUPATION Taxi-Driver
EMPLOYER ADDRESS 301 _____ Pettus ___ St
                  NUMBER  DIRECTION   STREET/ROAD   SUFFIX   APT/LOT/SUITE

          Dothan          Alabama      36303
          CITY            STATE         ZIP

WORK PHONE 334-673-7504   RACE B   SEX M   HGT 5'09   WGT 225
ETHNIC ORIGIN  1-HISPANIC  (3)BLACK  84-CAUCASIAN  OTHER _____
HAIR COLOR  (1)BLACK  2-BLONDE  3-BROWN  4-GRAY  5-RED  OTHER _____
HAIR LENGTH  1-BALD  2-SHORT  (3)MEDIUM  4-SHOULDER  6-WAIST  OTHER _____
HAIR STYLE  1-BALD  4-CREWCUT  5-PART LEFT  6-PART RIGHT  7-PART CENTER  8-PULLED BACK
            12-PUNK  14-AFRO  15-DREDS  16-FADE  OTHER braided
EYE COLOR  1-BLACK  2-BLUE  (3)BROWN  5-GREEN  6-HAZEL  OTHER _____  GLASSES  Y (N)
COMPLEXION  1-ALBINO  (3)DARK  _____  _____  _____  _____  OTHER _____
FACIAL HAIR  1-NONE  (3)MUSTACHE  4-BEARD  (6)GOATEE  8-FU MANCHU  OTHER _____
BUILD  2-MEDIUM  (6)LARGE  8-AVERAGE  10-SMALL  12-SHORT  OTHER _____
TEETH  (1)NORMAL  3-CROOKED  5-MISSING  6-FALSE  7-GOLD  OTHER _____
SPEECH  1-SOFT  (2)NORMAL  3-LOUD  4-SLURRED  6-ACCENT  9-MUTE  OTHER _____
HAND USE  (1)RIGHT  2-LEFT  3-AMBIDEXDROUS
MARITAL STATUS  (1)SINGLE  2-MARRIED  3-DIVORCED  4-SEPARATED  OTHER _____
SOBRIETY  (1)SOBER  2-DRUNK  3-DRINKING  4-DRUGS  5-UNKNOWN
CAUTIONS Sig. 58
SCARS/MARKS None
TATTOOS CJ → right arm
RELIGION Baptist
CLOTHING WORN red pinstripe shirt , blue jeans

SID # _____   SID # _____   SID # _____
FBI # _____

HOUSTON COUNTY SHERIFFS OFFICE

INMATE INFORMATION SHEET                                         Page:    1

BOOKING NO:   030000993                        LOCAL ID:   54311

Name   : ROBINSON CAREY PAUL

Address: 100 GRAND VILLA DR APT A8

City   : DOTHAN          State: AL  Zip: 36301



## Physical Description

 Race : BLACK                 Hair : BLACK

 Gender: MALE                 Eyes: BROWN

 Height: 5 ' 09 "      Complexion: DARK

 Weight: 225                   DOB: 01/29/1978      Age: 25

 Scars/Tattoos:

## Personal Information

  DL State :                Home Phone: 334 793 2689

  DL Number:                Work Phone:

       SSN: 562 95 0393

       SID:

## Booking Information

 Arrest Date: 03/28/2003      Booking Officer: CAPSHAW

 Arrest Dept: DPD                Booking Date: 03/28/2003

 Arrest Ofcr: S JAVES            Booking Time: 21:23

 Search Ofcr: CAPSHAW               Facility: 01

   Meal Code: 01              Cell Assignment:

## Charge Information

Offense                        Fine      Bond      Disposition
POSS COCAINE                   $500.00   1000      PENDING

CRIMINAL

(STAPLE HERE)

STATE USAGE

NFF SECOND

SUBMISSION    APPROXIMATE CLASS    AMPUTATION    SCAR

STATE USAGE

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

**ROBINSON, CAREY PAUL**

SIGNATURE OF PERSON FINGERPRINTED

SOCIAL SECURITY NO.

**562950393**

LEAVE BLANK

ALIASES/MAIDEN

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH MM DD YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| | | 19780129 | M | B | 509 | 225 | BRO | BLK |



1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING    5. R. LITTLE

1. L. THUMB    7. L. INDEX    8. L. MIDDLE    9. L. RING    10. L. LITTLE

DB 50X50G8 1133S5 #1107 21:27:02

5701LD #1x09914 20030328-21:36

T FOUR FINGERS TAKEN SIMULTANEOUSLY

L. THUMB    R. THUMB

RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION, CLARKSBURG, WV 26306

PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT

| | | |
|---|---|---|
| JUVENILE FINGERPRINT | DATE OF ARREST  MM  DD  YY | ORI  AL0380000 |
| SUBMISSION  YES ☐ | 20030328 | CONTRIBUTOR  HOUSTON CO SD |
| | | ADDRESS  DOTHAN AL |
| TREAT AS ADULT  YES ☐ | | REPLY DESIRED?  YES ☒ |

| | | | |
|---|---|---|---|
| SEND COPY TO: (ENTER ORI) | DATE OF OFFENSE  MM  DD  YY | PLACE OF BIRTH (STATE OR COUNTRY) | COUNTRY OF CITIZENSHIP |
| | 20030328  CA | | US |

MISCELLANEOUS NUMBERS

SCARS, MARKS, TATTOOS, AND AMPUTATIONS
ART R ARM

| RESIDENCE/COMPLETE ADDRESS | CITY  DOTHAN | STATE  AL |
|---|---|---|
| 100  GRAND VILLA DR APT A8 | | 36301 |
| | PHOTO AVAILABLE?  YES ☒ | |

OFFICIAL TAKING FINGERPRINTS (NAME OR NUMBER)  J26

LOCAL IDENTIFICATION/REFERENCE

PALM PRINTS TAKEN?  YES ☒

Ray Lee Bonin  54311

OCCUPATION  TAXI DRIVER

EMPLOYER:  IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY
IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.
TRI STATE CAB
301 PETTUS ST
DOTHAN AL 36301

DISPOSITION
1.

CHARGE/CITATION
20030328  3532
COCAINE POSSESS

2.

2.

3.

3.

ADDITIONAL

ADDITIONAL

STATE BUREAU STAMP

ADDITIONAL INFORMATION/BASIS FOR CAUTION

★ U.S. GPO: 2001  483-799/2-02320
FD-249 (REV. 5-11-99)

CRIMINAL

(STAPLE HERE)

STATE USAGE

NFF SECOND

SUBMISSION    APPROXIMATE CLASS    AMPUTATION    SCAR

STATE USAGE

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

**ROBINSON, CAREY PAUL**

SIGNATURE OF PERSON FINGERPRINTED

SOCIAL SECURITY NO.

562950393

LEAVE BLANK

ALIASES/MAIDEN

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH | MM DD YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|
| | | 19780129 | | M | B | 509 | 225 | BRO | BLK |

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|

| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
|---|---|---|---|---|

DB 50X50G8 1133S5 #1107 21:27:02

5701LD #1x09914 20030328-21:36

T FOUR FINGERS TAKEN SIMULTANEOUSLY

L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION, UNITED STATES OF AMERICA
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION, CLARKSBURG, WV 26306

PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

| JUVENILE FINGERPRINT | | DATE OF ARREST | ORI | |
|---|---|---|---|---|
| SUBMISSION | YES ☐ | MM DD YY | CONTRIBUTOR | AL0380000 HOUSTON CO SD |
| | | 20030328 | ADDRESS | DOTHAN AL |
| TREAT AS ADULT | YES ☐ | | REPLY DESIRED? YES ✓ | |

| | DATE OF OFFENSE | PLACE OF BIRTH (STATE OR COUNTRY) | COUNTRY OF CITIZENSHIP |
|---|---|---|---|
| SEND COPY TO. (ENTER ORI) | MM DD YY 20030328 | CA | US |

SCARS, MARKS, TATTOOS, AND AMPUTATIONS

MISCELLANEOUS NUMBER

OFFICE L
DISTRICT ATTORNEY    ART R ARM
20th JUDICIAL CIRCUIT ALABAMA
P. O. BOX 1632
DOTHAN, AL 36302
ORI# AL0380015A100

| | RESIDENCE/COMPLETE ADDRESS | CITY | STATE |
|---|---|---|---|
| | GRAND VILLA DR APT A8 | DOTHAN | AL 36301 |

| | | PHOTO AVAILABLE? | YES X ☐ |
|---|---|---|---|

| OFFICIAL TAKING FINGERPRINTS (NAME OR NUMBER) | LOCAL IDENTIFICATION/REFERENCE | PALM PRINTS TAKEN? | YES X ☐ |
|---|---|---|---|
| J26 Ray Lee Bonin | 54311 | | |

| OCCUPATION |
|---|
| TAXI DRIVER |

EMPLOYER: IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY. IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.

TRI STATE CAB
301 PETTUS ST
DOTHAN AL 36301

| DISPOSITION |
|---|
| 1. |

CHARGE/CITATION

1. 20030328  3532
   COCAINE POSSESS

| 2. |
|---|

2.

| 3. |
|---|

3.

ADDITIONAL

| ADDITIONAL |
|---|

| STATE BUREAU STAMP |
|---|

ADDITIONAL INFORMATION/BASIS FOR CAUTION

★ U.S. GPO: 2001  483-799/2-02320
FD-249 (REV. 5-11-99)

# HOUSTON COUNTY JAIL
## BOOKING CHECK OFF LIST
DATE: _3-28-03_    TIME: _21:22_

SENIOR CORRECTIONS OFFICER(S) DUTY _Skeleton_

Inmate Name: _Robinson, Carey_    Inmate Number: _54311_

**BOOKING OFFICER MUST INITIAL AFTER COMPLETING
EACH ITEM AND SIGN IN THE PROPER SPACE.**

_me_ 1. All personal property secured
2. Check in-house warrants
3. Check for last incarceration
4. Arrest report completed by arresting officer
5. All charges listed on arrest report and bonds listed for each charge
6. **Bond amount noted on warrant**
7. All inmate property tagged/placed in envelope
8. Property envelope completely filled out/signed by inmate
_me_ 9. All money counted/logged in money book
10. Money envelope completed/supervisor counts
11. SCO calls control and logs money in SCO money book
12. SCO seals money/places in box
_me_ 13. **Check for outstanding warrants** _✓_ NCIC _✓_ Dothan
14. Inmate numbers properly assigned
15. Inmate recorded in black book
16. Inmate recorded on white pages
17. **Docket I.D., floor card completed, and bond amount verified on docket card**
18. Fingerprint card completed
19. Medical screen completed
20. Affidavit of hardship completed
21. Green disposition form completed (FBI)
22. Property hold form (telephone call, bond applied)
_me_ 23. Fingerprinted/photographed/entered in computer
24. Property card completed
25. Visitor/Telephone list completed
26. Inmate handbook received
27. **Bond completed/amount checked against warrant**
28. **Correct court date noted on bond**
29. **Inmate and surety signature on bond**
_me_ 30. **All pass on information documented in pass book**

_Capshaw_
**Signature of Booking Officer(s)**

Shelleys X877

Fingerprinted | R84 Completed
☒ No | ☒ No

**ALABAMA UNIFORM ARREST REPORT**

DOMESTIC VIOLENCE
DUAL ARREST

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0,3,8,0,0,0,0 | HCSO | 0,7,0,0,2,0,5,7,1 | |

5 LAST, FIRST, MIDDLE NAME: Robinson Carey Paul

6 ALIAS AKA

| 7 SEX ☒M ☐F | 8 RACE ☒W ☐B ☐A ☐H ☐I ☐O | 9 HGT. 5'9" | 10 WGT. 225 | 11 EYE BRO | 12 HAIR BLK | 13 SKIN Dark | 14 ☐SCARS ☐MARKS ☒TATTOOS ☐AMPUTATIONS |

| 16 PLACE OF BIRTH (CITY, COUNTY STATE) San Diego, CA | 16 SSN 561-2-1951-0391 30 | 17 DATE OF BIRTH M 1 29 78 | 18 AGE 28 | 19 MISCELLANEOUS ID # 54311 |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
| | HENRY CLASS | | | | | | | | |
| 24 FBI # | NCIC CLASS | | | | | | 25 IDENTIFICATION COMMENTS | |

| 26 ☐ RESIDENT ☒ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 715 W Ave C Killeen TX 76541 | 28 RESIDENCE PHONE (254) 285-7180 | 29 OCCUPATION (BE SPECIFIC) N/A |
| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) N/A | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) N/A | 32 BUSINESS PHONE ( ) N/A |

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) 901 E Main Dothan, AL 36301 | 34 SECTOR 210 NE 014 | 35 ARRESTED FOR YOUR JURISDICTION? ☒ IN STATE ☐ OUT OF STATE AGENCY ☐ YES ☐ NO |

| 36 CONDITION OF ARRESTEE: | ☐ DRUNK ☒ SOBER ☐ DRINKING ☒ DRUGS | 37 RESIST ARREST? ☐YES ☒NO | 38 INJURIES? ☐OFFICER ☒NONE ☐ARRESTEE | 39 ARMED? ☐YES ☒NO | 40 DESCRIPTION OF WEAPON ☐HANDGUN ☐OTHER FIREARM ☐RIFLE ☐OTHER WEAPON ☐SHOTGUN |

| 41 DATE OF ARREST 2 11 07 | 42 TIME OF ARREST 8:15 ☒AM ☐PM ☐MIL. | 43 DAY OF ARREST S M T W T☒ F S | 44 TYPE OF ARREST ☒ON VIEW ☐CALL ☐WARRANT | 45 ARRESTED BEFORE? ☒YES ☐NO ☐UNKNOWN |

| 46 CHARGE – 1 ☐FEL ☒MISD Poss. of Controlled Subst. | 47 UCR CODE | 48 CHARGE – 2 ☐FEL ☒MISD Obst. of Justice | | 49 UCR CODE |
| 50 STATE CODE/LOCAL ORDINANCE 2003-060905 | 51 WARRANT # 0-5-1-9-8-0-6 | 52 DATE ISSUED M D Y | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # 2004-001931 | 55 DATE ISSUED 1 2 11 0 6 |
| 56 CHARGE – 3 ☐FEL ☒MISD | 57 UCR CODE | 58 CHARGE – 4 ☐FEL ☒MISD | | 59 UCR CODE |
| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |

| 66 ARREST DISPOSITION ☐ HELD ☐ BAIL ☐ RELEASED ☐ TOT—LE ☐ OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
| 78 VIN | | | | | 79 IMPOUNDED? ☐YES ☒NO | 80 STORAGE LOCATION/IMPOUND # |
| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | | | | | | ☐ CONTINUED IN NARRATIVE |

**JUVENILE**

| 82 JUVENILE DISPOSITION: ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT | ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY | ☐ REF. TO ADULT COURT | 83 RELEASED TO |
| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |

**RELEASE**

| 91 DATE AND TIME OF RELEASE M D Y : ☐AM ☐PM ☐MIL. | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
| 95 RELEASED TO | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐YES ☐NO ☐PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |

101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)

Charge #1 - No Bond  per warrant

Charge #2 - $5,000.ºº per warrant

LOCAL USE

STATE USE

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐Y ☐N |
| 111 ARRESTING OFFICER (LAST, FIRST, M.) S. Broemmel | 112 ID # 3849 | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC — 34 REV. 7-04

# HOUSTON COUNTY JAIL DOCKET
# WAIVER VERIFICATION FORM

Date: 1/2/0 7

☑ To Whom It May Concern:

I, _Sgt Ken Donley_ with **Transcor, PTS, HCSO Deputy**, did not leave an original, or a certified copy, of the waiver of extradition with Houston County Docket Officer _Fitzgerald_ when I delivered inmate

_____

Feel free to call me with any problems/questions at ( ) 256-251-1168 .

Sincerely,

**Transporter for
Transcor, PTS, HCSO Deputy**

Witness: _____

To Whom It May Concern:

I, _Sgt Ken Donley_ with **Transcor, PTS, HCSO Deputy**, did leave an original, or a certified copy, of the waiver of extraditions with Houston County Docket Officer _Fitzgerald_ when I delivered inmate _Fitzgerald & Robinson Paul C_

Feel free to call me with any problems/questions at ( ) 256-251-1168 .

Sincerely,

**Transporter for
Transcor, PTS, HCSO Deputy**

NO. _60531_

| THE STATE OF TEXAS | | IN THE DISTRICT |
|---|---|---|
| VS. | | COURT OF |
| CAREY PAUL ROBINSON | | BELL COUNTY, TEXAS |

## *Waiver of Extradition*

"I, Carey Paul Robinson, warned by Judge _T-Keale_ of a District Court, a Court of Record of Bell County, Texas, on the _21_ day of December, 2006, that I have the right to consult with my counsel before executing this instrument and that I have a right to request the appointment of counsel if I am indigent and cannot afford counsel, that I have a right under the Code of Criminal Procedure, Article 51.13, Section 6-8, to have a warrant of extradition issued against me and served on me, and also that I have a right to obtain a Writ of Habeas Corpus as provided in the Code of Criminal Procedure, Article 51.13, Section 10, do hereby freely and voluntarily waive all the aforesaid rights and all other procedural rights incidental to my extradition to the State of Alabama, and do hereby consent to return to the said demanding State in the custody of any officer of said State. I further agree to remain in custody of the Sheriff of Bell County, Texas until my transfer to the demanding State is arranged."

Witness my hand this the _21_ day of December, 2006.

_____
Defendant

I hereby certify this is
a true and correct copy
of the original.

# PTS of America

## PRISONER RECEIPT

**PRISONER INFORMATION**

Manifest #1) _0109_ 2) _____ 3) _____ 4) _____ 5) _____ 6) _____

Name _Brunson Paul C_  Transport # _R349_

SS # _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_

AKA _____

DOB _11-23-78_ Race _B/R_ Sex _Male_ Height _5'9"_ Weight _225_ Hair _B/R_ Eyes _Brown_

Offense _Poss of c/s_ Subject match warrant abstract: Yes ☐ No ☐

Next of Kin _April Brunson_ Subject Place of Birth _San Diego Ca_

_415 W. Ave C Killeen Tx_ Phone # (254) _285-7180_
ADDRESS    CITY    STATE

**PICK-UP INFORMATION**

Holding Agency _Bell County_ City _Belton_ State _Tx_

Contact _Booking_ Phone ( ) _254-933-5400_

Type of Move _Walk in_ Booking or ID # _____

I certify that the ☑Prisoner ☑Property ☐ Medication ☑Paperwork was delivered to my custody

Agent's Signature _____ Badge # _6407_ Date _12/31/06_ Time _2337_

**DELIVERY INFORMATION**

Receiving Agency _Houston Co Jail_ City _Belton_ State _AL_

Inmate # _____ Contact _____ Phone ( ) _334-712-0762_

Agent's Signature _____ Badge # _6407_ Date _1/2/07_ Time _1912_

I certify that the ☐Prisoner ☑Property ☐ Medication ☑Paperwork was delivered to my custody

Officer's Signature _W. C. Akin Jr._ ID # _____

Officer's Printed Name _Ello C. Akins Jr._

**CUSTOMER**

Requesting Agency: _Houston County_

Assignor Contact Name: _Sgt. Anderson_

**ADDITIONAL COMMENTS**

White - Original to PTS    Yellow – Receiving Agency    Pink – Holding Agency

12/03

2006- 12- 085

Date: 12 / 17 /2006

| Agency Ori: TX0140l3N | | Agency Name: Killeen Pd | |
| Requesters' Name: Killeen Pd | | Dispatcher's Name: McRae | |
| Time Sent: 19:21 | | Teletype Mri: 0899194 | |
| Time Rec: 19:15 | | Teletype Rec Mri: 0898554 | |

```
1ZX.19:15 12/17/2006 898554
YQ.TX014013N.AL0380000.

YQ.TX014013N
18:22 12/17/2006 87328
18:22 12/17/2006 25957 AL0380000
TXT
****HIT CONFIRMATION REQUEST  -- FIRST NOTICE****
****RESPONSE PRIORITY :URGENT!--RESPOND WITHIN 10 MINUTES****

OCA/CC03-0905.NIC/W060523088.
*** WANTED PERSON ***
NAM/ROBINSON,CAREY PAUL.DOB/19780129.SEX/M.
NAME OF REQUESTER:  PD KILLEEN
AGENCY NAME:  PD KILLEEN
PHONE:  (254)501-8830
FAX:  (254)634-9178
REMARKS:  HAVE OFFICER OUT ON SUBJECT REQUEST CONFIRMATION BOND AND EXTRADITION
INFORMATION  OTO NETDED..'O ALT PHONE: (254)933-5525AUTHORITY:OFC EATON FROM:PD
KILLEEN SLB 17 1922 CST

SEQ # 0208 MRI # 0898554
1ZX.19:21 12/17/2006 899194
YR.AL0380000.TX014013N,AL0380000.

YR.AL0380000
FROM:(AL0380000)
  TO:(TX014013N)
****HIT CONFIRMATION RESPONSE****

THE RECORD BELOW IS CONFIRMED

OCA/CC03-0905.NIC/W060523088.

**WANTED PERSON**

NAM/ROBINSON,CAREY PAUL.DOB/01291978.SEX/M.

NAME OF CONFIRMER: MMCRAE.
CONFIRMING AGENCY: HOUSTON CO SO.
PHONE:(334)677-4808. FAX:(334)702-3800.
REMARKS: WARRANTS ARE CONFIRMED..WE WILL EXTRADITE..PLEASE HOLD FOR OUR AGENCY..
HAVE SUBJ SIGN WAIVER OF EXTRADITION AND FAX US A COPY WHEN SUBJ IS READY FOR PI
CKUP..ONE WARRANT IS A NO BOND(FAILURE TO APPEAR-POSSESSION CONTROLLED SUBSTANCE
).THE SECOND IS $5,000.00(FAILURE TO APPEAR-OBSTRUCTING JUSTICE)..THANKS  AUTH
```

**COPY**



**Law Enforcement Tactical**

Log-out | Contact Us | Home    ABOUT    SEARCH    NEWS    MESSAGES    SEARCH INFORMATION

RECENT PEOPLE/VEHICLES:
License: 6620675

Select Criteria

SEARCH INFORMATION TEST1

## Driver Information

**DPS Photo**

| | | | |
|---|---|---|---|
| First Name: | CAREY | DL #: | 6620675 - SUSPENDED |
| Middle Name: | PAUL | Issuance Date: | 05/14/2004 |
| Last Name: | ROBINSON JR | Expiration Date: | 02/21/2008 - VALID |
| Address: | 100 GRANDVILLA DR ☎ ❋ APT A 8 | Class: | Operator's License |
| City: | DOTHAN | Endorsement: | |
| State: | AL | Restrictions: | |
| Zip: | 36301 | CDL Status: | Unlicensed |
| SSN: | 562950393 | Weight: | 225 |
| DOB: | 01/29/1978 | Height: | 5 ft 9 in |
| Sex: | M | Eye: | BRO |
| Race: | B | Hair: | BLK |

View Extra Information

☑ Dept. of Corrections | ☑ Warrants | ☑ Protection Orders ☑ Pardons and Paroles

SUBMIT

Jail Records

| First Name | Middle Name | Last Name | SSN |
|---|---|---|---|
| CAREY | PAUL | ROBINSON | 562950393 |

Counties

☑ Mobile ☑ Baldwin

SEARCH

CAPTURE Data

CAPTURE Service Not Available

Driver's History

**Record 1 thru 4 of 4 | :**

| Citation # | Offense Date | Disp. Date | Charge | Court Action | State | Origin | Haz | C/P |
|---|---|---|---|---|---|---|---|---|
| M7362097F | 07/26/2004 | 10/05/2004 | FAIL TO APPEAR/TRAFFIC | Guilty | AL | Dothan Municipal Court | N | P |
| M7355138C | 10/15/2003 | 08/16/2004 | FTA Clearance | Failure to Appear | AL | Dothan Municipal Court | N | P |
| M7355138F | 10/15/2003 | 01/13/2004 | FAIL TO APPEAR/TRAFFIC | Guilty | AL | Dothan Municipal Court | N | P |
| M5535436 | 05/27/2003 | 08/12/2003 | Speed | Guilty | AL | Dothan Municipal Court | N | P |

#1    

# Inmate Sanction/Restriction Documentation

Inmate Name: Robinson Corey    Date: 3·8·07    Inmate Number: 54311

Pod Location: E7    Pod/Cell Inmate moved to (If Applicable): _____

| Type of Restriction/Sanction: | | | Date to Begin / Date to End | | |
|---|---|---|---|---|---|
| ___ WKS | ( ) | Suspension of Commissary Privileges | _____ / | _____ | |
| 2 WKS | (X) | Loss of Visitation Privileges | 3/17·18/07 / | 3/24·25/07 | |
| ___ DAYS | ( ) | Minimum 72 Hours Cell Restriction | _____ / | _____ | |
| | ( ) | Other | | | |

Note: The Sgt. / Asco must be notified immediately of any Sanction/Restriction applied to inmates and must countersign this form. Fill in the area below with a full and complete explanation of reasons for Sanction/Restriction. Appeal form must be sent back to Disciplinary Sgt. within 24 hours. If appeal form is not received within the 24 hour period it will be thrown out.

Officer Requesting Sanction/Restriction

S. Depper

Officer Authorizing Sanction/Restriction

Sgt. Maul 3/8/07

At approximately 0737, the call button for cell E7 went off. I pipped the cell door and inmate Robinson came to the intercom and pushed the pod call button. I asked what his emergency was and he requested to see the Sgt. I asked what he needed to see the Sgt about. He stated that it was about his release. I informed him that that was not an emergency and that he could wait until after roll-out time to ask and he needed to roll-in. He complied. Inmate Robinson was in violation of Rule #Ke. Inmates will not press the call buttons except in case of emergency. E.O.S.

Revised 2/26/2007

W.B. McCarty / Jail Commander

Signature of Sgt. / Asco

Sgt. Turner

DATE APPEAL SENT: _____3/8/2007_____

## NOTICE OF APPEAL FOR INMATE SANCTION/RESTRICTION

INMATE NAME: _____ROBINSON, CAREY_____  HCJ#: __54311__  POD: ___E-7___

Date filing appeal: _____

On _____ 2007, an Inmate Sanction/Restriction was wriiten by Officer _____

Charging inmate _____ , with a violation of Houston County Jail Rules and Regulations # _____

_____

_____

The circumstances of the violations are: _____

_____

The sanction found me to be guilty/not guilty of a major/minor offense. Punishment was set at: _____

_____

I wish to appeal the decision because: _____

_____

_____

## **************DO NOT WRITE BELOW THIS LINE---ADMINISTRATION USE ONLY**************

On the_____ day of _____ , 2007, an appeal of the Sanction/Restriction taken against

inmate _____ was reviewed by _____ , and the following

action was taken:        APPEAL APPROVED        APPEAL DISAPPROVED        OTHER ACTION TAKEN:

_____

_____

Basis for approval/disapproval of appeal: _____

_____

_____

_____

*********************************************************************************************************************

I hereby certify that a complete copy of the foregoing appeal was served on the above named inmate on the

_____  day of _____ , 2007.

_____        INMATE SERVED COPY-<u>YES</u>
        Officer Signature

| State of Alabama<br>Unified Judicial System<br><br>Form CR-51(front)    Rev. 7/02 | EXPLANATION OF RIGHTS AND<br>PLEA OF GUILTY<br>(Non-Habitual Offender — Felony and Misdemeanor<br>Circuit or District Court) | Case Number<br><br>CC-64-1931 |
|---|---|---|

IN THE ___Circuit___ COURT OF ___Houston___, ALABAMA
_(Circuit or District)_ _(Name of County)_

STATE OF ALABAMA v. ___Casey R. Robinson___
_Defendant_

**TO THE ABOVE-NAMED DEFENDANT:** The Court, having been informed that you wish to enter a plea of guilty in this case, hereby informs you of your rights as a criminal defendant.

<u>PENALTIES APPLICABLE TO YOUR CASE</u>

You are charged with the crime of ___Obst. Justice___, which is a Class ___C___ ☑ Felony ☐ Misdemeanor. The Court has been informed that you desire to enter a plea of guilty to ☑ this offense or ☐ to the crime of _____ which is a ☐ felony ☐ misdemeanor. The sentencing range for the above crime(s) is set out below:

| MISDEMEANOR | | FELONY | |
|---|---|---|---|
| Class A | Up to one (1) year imprisonment in the county jail, or a fine up to $2,000, or both. | Class A | Not less than ten (10) years and not more than life or ninety-nine (99) years imprisonment in the state penitentiary, and may include a fine not to exceed $20,000. |
| Class B | Up to six (6) months imprisonment in the county jail, or a fine up to $1,000, or both. | Class B | Not less than two (2) years and not more than twenty (20) year imprisonment in the state penitentiary, and may include a fine not to exceed $10,000. |
| Class C | Up to three (3) months imprisonment in the county jail, or a fine not to exceed $500, or both. | Class C | Not less than one (1) year and one (1) day and not more than ten (10) years imprisonment in the state penitentiary, and may include a fine not to exceed $5,000. |

**Crime Victims Assessment:** You will also be ordered to pay an additional monetary penalty for the use and benefit of the Alabama Crime Victims Compensation Commission of not less than $50 and not more than $10,000 for each felony and not less than $25 and not more than $1,000 for each misdemeanor for which you are convicted.

This crime is also subject to the following enhancements or additional penalties as provided by law: (Provisions Checked Apply To Your Case)

☐ **Enhanced Punishment For Use Of Firearm Or Deadly Weapon:** Section 13A-5-6, Ala. Code 1975, provides for the enhancement of a punishment where a "firearm or deadly weapon was used or attempted to be used in the commission of a felony." This section provides for the following punishment in such event: For the commission of a Class A Felony, a term of imprisonment of not less than 20 years; For the commission of a Class B Felony, a term of imprisonment of not less than 10 years; For the commission of a Class C Felony, at term of imprisonment of not less than 10 years.

☐ **Enhanced Punishment for Drug Sale Near School:** Section 13A-12-250, Ala. Code 1975, provides that any person who is convicted of unlawfully selling any controlled substance within a three (3) mile radius of a public or private school, college, university or other educational institution, must be punished by an additional penalty of five years' imprisonment for each violation.

☐ **Enhanced Punishment For Sales Of Controlled Substance To One Under 18:** Section 13A-12-215, Ala. Code 1975, provides that anyone convicted of selling, furnishing or giving away a controlled substance to one who has not yet attained the age of 18 years, shall be guilty of a Class A Felony <u>and the punishment imposed shall not be suspended or probation granted.</u>

☐ **Drug Demand Reduction Assessment Act and Loss of Driving Privileges:** Section 13A-12-281 provides that, if you are convicted of a violation of Sections 13A-12-202, 13A-12-203, 13A-12-204, 13A-12-211, 13A-12-212, 13A-12-213, 13A-12-215 or 13A-12-231, Ala. Code 1975, you shall be assessed an additional fee of $1,000 if you are a first-time offender or $2,000 if you are a repeat offender under one of these sections. Collection of all or part of the penalty will be suspended if, with court approval, you enter a drug rehabilitation program and if you agree to pay for a part or all of the program costs. Upon successful completion of the program, you may apply to the court to reduce the penalty by the amount actually paid by you for participation in the program. Any suspension of the penalty can be withdrawn by the court if you fail to enroll in or successfully pursue or otherwise fail to complete an approved program. In addition, pursuant to Section 13A-12-214 (unlawful possession of marijuana in the second degree), Section 32-5A-191(a)(3) or Section 32-5A-191(a)(4)(DUI offenses involving drugs), you will lose your privilege to drive a motor vehicle for a period of six months, which shall be in addition to any suspension or revocation otherwise provided by law.

☐ **Alcohol/Drug Related Offenses:** If you are convicted of an alcohol or drug-related offense, you will be required to undergo an evaluation for substance abuse. Based upon the results of any such evaluation, you will be required to complete the recommended course of education and/or treatment and to pay for the evaluation and any program to which you are referred. Failure to submit to an evaluation or failure to complete any program to which you may be referred will be considered a violation of any probation or parole you may be granted. You may also be required to attend monitoring sessions, including random drug and alcohol testing or blood, urine and/or breath, tests and to pay a fee for this service. You may request a waiver of part or all of the fees assessed if you are indigent or for any portion of time you are financially unable to pay. Community service may be ordered by the court in lieu of the monetary payment of fees by an indigent.

| Form CR-51 (back)   Rev. 7/02 | EXPLANATION OF RIGHTS AND PLEA OF GUILTY<br>(Non-Habitual Offender—Felony and Misdemeanor—Circuit or District Court) |
|---|---|

☐ **DNA Samples for Criminal Offenses in Section 36-18-24:** Beginning May 6, 1994, Section 36-18-25(e), Ala. Code 1975, provides that, as of May 6, 1994, all persons convicted of any of the offenses set out in Section 36-18-24, shall be ordered by the court to submit to the taking of a DNA sample or samples.

☐ **DUI Offenses:** Beginning October 1, 1993, if you are convicted of a DUI offense pursuant to Section 32-5A-191, Ala. Code 1975, an additional fine of $100.00 will be assessed pursuant to Section 32-5A-191.1, Ala. Code 1975.

☐ **Drug Possession:** Beginning October 1, 1995, if you are convicted in any court of this state for drug possession, drug sale, drug trafficking, or drug paraphernalia offenses as defined in Sections 13A-12-211 to 13A-12-260, inclusive, Ala. Code 1975, an additional fee of $100.00 will be assessed pursuant to Section 36-18-7, Ala. Code 1975.

☑ **Other:** _2 yrs; on sp3 prob._

### RIGHTS YOU HAVE AND THE WAIVER OF YOUR RIGHTS

Under the Constitution of the United States and the Constitution and laws of the State of Alabama, you have a right to remain silent and you may not be compelled to give evidence against yourself. Your attorney cannot disclose any confidential talks he/she has had with you. You do not have to answer any questions. If you do answer questions knowing that you have a right to remain silent, you will have waived your right to remain silent.

You have the right to enter, or stand on if previously entered, a plea of "Not Guilty" or Not Guilty by Reason of Mental Disease or Defect," or "Not Guilty and Not Guilty by Reason of Mental Disease or Defect" and have a public trial before a duly selected jury. The jury would decide your guilt or innocence based upon the evidence presented before them. If you elect to proceed to trial, you would have the right to be present, you would have the right to have your attorney present to assist you, you would have the right to confront and cross examine your accuser(s) and all the State's witnesses, you would have the right to subpoena witnesses to testify on your behalf and to have their attendance in court and their testimony required by the court, and you would have the right to take the witness stand and to testify, but only if you chose to do so, as no one can require you to do this. If you elect to testify, you can be cross examined by the State just as any other witness is subjected to cross examination. If you elect not to testify, no one but your attorney will be allowed to comment about that fact to the jury. Your attorney is bound to do everything he/she can honorably and reasonably do to see that you obtain a fair and impartial trial.

If you elect to proceed to trial, you come to court presumed to be innocent. This presumption of innocence will follow you throughout the trial until the State produces sufficient evidence to convince the jury (or the court if the trial is non-jury) of your guilt beyond a reasonable doubt. You have no burden of proof in this case. If the State fails to meet its burden, you would be found not guilty.

If you are entering a guilty plea to a charge for which you have not yet been indicted, you are waiving indictment by a grand jury and you will be pleading guilty to a charge preferred against you by a District Attorney's Information filed with the court.

IF YOU PLEAD GUILTY, THERE WILL BE NO TRIAL. YOU WILL BE WAIVING THE RIGHTS OUTLINED ABOVE, EXCEPT YOUR RIGHTS RELATING TO REPRESENTATION BY AN ATTORNEY. THE STATE WILL HAVE NOTHING TO PROVE AND YOU WILL STAND GUILTY ON YOUR GUILTY PLEA. BY ENTERING A PLEA OF GUILTY, YOU WILL ALSO WAIVE YOUR RIGHT TO APPEAL, UNLESS (1) YOU HAVE, BEFORE ENTERING THE PLEA OF GUILTY, EXPRESSLY RESERVED THE RIGHT TO APPEAL WITH RESPECT TO A PARTICULAR ISSUE OR ISSUES, IN WHICH EVENT APPELLATE REVIEW SHALL BE LIMITED TO A DETERMINATION OF THE ISSUE OR ISSUES RESERVED, OR (2) YOU HAVE TIMELY FILED A MOTION TO WITHDRAW THE PLEA OF GUILTY AFTER PRONOUNCEMENT OF SENTENCE ON THE GROUND THAT THE WITHDRAWAL IS NECESSARY TO CORRECT A MANIFEST INJUSTICE, AND THE COURT HAS DENIED YOUR MOTION TO WITHDRAW YOUR PLEA, OR THE MOTION HAS BEEN DEEMED DENIED BY OPERATION OF LAW.

IF YOU HAVE A RIGHT TO APPEAL UNDER ONE OF THE CONDITIONS ABOVE AND YOU ARE DETERMINED BY THE COURT TO BE INDIGENT, COUNSEL WILL BE APPOINTED TO REPRESENT YOU ON APPEAL IF YOU SO DESIRE AND IF THE APPEAL IS FROM A CIRCUIT COURT JUDGMENT OR SENTENCE, A COPY OF THE RECORD AND THE REPORTER'S TRANSCRIPT WILL BE PROVIDED AT NO COST TO YOU.

IF YOU HAVE ANY QUESTIONS ABOUT YOUR RIGHTS OR THE CONSEQUENCES OF PLEADING GUILTY, PLEASE LET THE COURT KNOW NOW AND FURTHER EXPLANATION WILL BE MADE.

_3-5-07_
_____
Date

_____
Judge

### ATTORNEY'S CERTIFICATE

I certify that the above was read to the defendant by me; that I explained the penalty or penalties to the defendant, that I discussed in detail the defendant's rights and the consequences of pleading guilty; and that, in my judgment, the defendant understands the same and that he/she is knowingly, voluntarily, and intelligently waiving his/her rights and entering a voluntary and intelligent plea of guilty. I further certify to the court that I have in no way forced or induced the defendant to plead guilty and, to my knowledge, no one else has done so.

_3/5/07_
_____
Date

_____
Attorney

### DEFENDANT'S STATEMENT OF WAIVER OF RIGHTS AND PLEA OF GUILTY

I certify to the court that my attorney has read and explained the matters set forth above; that my rights have been discussed with me in detail and fully explained; that I understand the charge or charges against me; that I understand my rights, the punishment or punishments provided by law as they may apply to my case, and I understand the consequences of pleading guilty; that I am not under the influence of any drugs, medicines, or alcoholic beverages; and I have not been threatened or abused or offered any inducement, reward, or hope or reward to plead guilty other than the terms of the plea agreement which will be stated on the record.

I further state to the court that I am guilty of the charge to which I am entering a plea of guilty, that I desire to plead guilty, that I made up my own mind to plead guilty, and that I knowingly, intelligently, and voluntarily waive my right to a trial in this case. I further state to the court that I am satisfied with my attorney's services and his/her handling of my case.

_3/5/07_
_____
Date

_____
Defendant

ACRO369   A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R
CASE ACTION SUMMARY
CONTINUATION                             CASE: CC 2003 000905.00
                                         JUDGE ID:  SEJ

STATE OF ALABAMA                VS    ROBINSON CAREY PAUL

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 3/14/06 | Defendant failed to appear for alias & fay to issue No Bond. *Edward Jackson, Judge* |
| 5-18-06 | Alias issued |
| 1-2-07 | Deft. arrested on alias warrant set at No Bond. Case set for Non Jury Trial 2-20-07 at 9:30am |
| 1-17-07 | V. DA, J. Smith (R4) |
| 2-21-07 | Dismissed on motion of State. |
|  | (N: DA, T.SMITH )  *Edward Jackson, Judge* |

## SENTENCING ORDER
## GUILTY PLEA

### IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

STATE OF ALABAMA
VS.

*Carey Paul Robinson, Jr.*

CRIMINAL DIVISION

CASE NO. *CC 2004-1931*

### ACTIONS, JUDGMENTS, CASE NOTES

On this say appeared the Defendant with his/her attorney and with the consent and approval of his/her attorney withdrew his/her plea of not guilty and entered a plea of guilty to, *Obstructing Justice* , as charged. Before accepting Defendant's plea of guilty, the Court advised the Defendant of all of his/her Constitutional Rights with the colloquy being taken down by the court reporter. The Court then permitted the Defendant to withdraw his/her plea of not guilty and enter a plea of guilty.

The Court inquired of Defendant if he/she had anything to say why judgment and sentence should not now be pronounced upon him/her and Defendant having said nothing in bar of judgment;

**IT IS THEREFORE ORDERED AND ADJUDGED BY THE COURT** that the Defendant is guilty of said charge.

( ) A Sentence hearing is set for the _____ day of _____, 20___ at _____ o'clock ___.m.

DONE AND ORDERED, this the *5th* day of *March* , 200*7*

_____
CIRCUIT JUDGE

## SENTENCING ORDER

As punishment, Defendant is hereby formally sentenced:
( ) to hard labor for Houston County for a term of _____.
(X) to the penitentiary of the State of Alabama for a term of
_____ years. ( ) FHOA

On the 30th day after the Clerk transmits to the Department of Corrections a copy of this judgment entry and sentence, if the Department has not directed the Sheriff where the Defendant shall be taken for confinement, the Sheriff is hereby ordered to transport Defendant forthwith to the Department's receiving center at Kilby/Tutweiler and effectuate the transfer of the Defendant to the custody of the Department. In the event the Department refuses to accept the Defendant in compliance with state law, the Sheriff is ordered to secure the Defendant to the property at the Department's receiving center.

Said sentence shall run ( ) consecutive ( ) concurrent with case number(s),

_____

(X) Said sentence is suspended on the condition of good behavior and payment of all fines, costs, and restitution for a period of ___24___ months.

(X) The Defendant is hereby given credit for the days spent incarcerated pending trial.

### DEFENDANT IS ORDERED TO PAY:
(X) A fine of $_____
( ) A Victim Compensation Assessment of $_____
(X) All court costs.
( ) Restitution of _____ to _____
( ) Drug Demand Reduction Act Assessment of $1,000.00.
( ) Alabama Forensic Sciences Trust Fund $100.00.
( ) Pay direct to Alabama Department of Forensic Sciences-Dothan Division $____.
( ) Investigation restitution direct to ( ) DPD ( ) HCSO $_____.
( ) Contract Attorney Fees: ( ) Class A $1,000.00 ( ) Class B $750.00
( ) Class C $500.00

### ADDITIONAL SENTENCE PROVISIONS ORDERED ARE:
( ) Completion of a substance abuse program CRO
( ) The Department of Public Safety is ordered to comply with Alabama Code
    13A-12-290 by suspending Defendant's drivers license for six months.
( ) Continued on same bond.
( ) Appeal bond is set at $_____.
( ) Indigency status granted and free transcript ordered.

### PROBATION:
( ) Defendant applies for probation.
( ) Defendant waives application for probation.
( ) Probation hearing is set for the ____ day of _____, 20___ at
    _____ __.m.
( ) Defendant to remain on same bond pending probation hearing.

_____          _____
3-5-07
DATE                      CIRCUIT JUDGE

54311

*Obstruct Justice* Paul

ACRO369  A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CONTINUATION

CASE: CC 2004 001931.00
JUDGE ID:  DLH

STATE OF ALABAMA                    VS    ROBINSON CAREY PAUL    JR

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|------|------------------------------|
| 1-2-07 | Defd. arrested on Alias Warrant. Case tentatively set for Criminal Jury Trial 3-5-07 at 8:30am |
| 1-17-07 | Motion to Set Bond |
| 2-21-07 | Bond hearing will be heard prior to trial on March 5, 2007. Notify. _Denny Holladay_, Judge |

State of Alabama
Unified Judicial System

Form C-42        Rev 6/88

**ORDER OF RELEASE
FROM JAIL**

Case Number

~~CC04-8485~~

CC04-1931

IN THE ___Circuit___ COURT OF ___Houston___ COUNTY

STATE OF ALABAMA   v. ___Carey Paul Robinson___

**TO THE JAILER WITH CUSTODY OF THE DEFENDANT**

You are ordered to release from your custody the above named defendant, charged with the offense of ___

___obstruction Prob___

Reason for Release ___AJB returned - Given on the Spot Probation___

Date ___3-8-07___                    ___Carla Woodall___   By: ___RS___

COURT RECORD   (Original)        JAILER   (Copy)        Judge/Clerk

---

State of Alabama
Unified Judicial System

Form C-42        Rev 6/88

**ORDER OF RELEASE
FROM JAIL**

Case Number

CC03-905

IN THE ___Circuit___ COURT OF ___Houston___ COUNTY

STATE OF ALABAMA   v. ___Carey Paul Robinson___

**TO THE JAILER WITH CUSTODY OF THE DEFENDANT**

You are ordered to release from your custody the above named defendant, charged with the offense of ___UPCS___

Reason for Release ___Case Dismissed by state - Costs remitted___

Date ___3-8-07___                    ___Carla Woodall___   By: ___od___

COURT RECORD   (Original)        JAILER   (Copy)        Judge/Clerk

## INMATE GRIEVANCE FORM

*To: Sheriff ANDY Hughes*

*Russ*

DATE: _February 22_, 200~~8~~7   POD/CELL LOCATION: _E POD #7 cell_

INMATE NAME _Carey Robinson_   INMATE NUMBER: _54311_

NATURE OF GRIEVANCE OR INFORMATION: _I am writing this to question My Mail and how a Money order For $25 was Not credited to My Books ~~todo~~ My wife Sent me a Money order the first week of Feb. and was Not added. I have sent several requests to Mrs. Whlker and Not ONE of them have been returned with a response. 2 other inmates in My Pod have the same exact problem- Joseph Russo #59383 for $20. and Timothy Gamble 40007 for $25. This is very unprofessional and something needs to be done. My wife lives out of town and I'm really in a bind b/c this Money wasn't credited. Tampering with Mail is a Federal Offence and I am going to Notify the Postmaster._

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? _I think when you recieve a Money order the inmate Should get a reciept, letting you know if Money is on your books. You have absolutly No way of Knowing. And If Someone is stealing they should be Fired and replaced ASAP!! And also the person responsible For answering requests concerning inmates accounts should be corrected ASAP + the inmates requests should be answered in a timely Manner, b/c they are Not being answered at all._

OFFICER RESPONSE OR FINDING? _2/23/07 (TW) First of all inmate!! I do not do mail. You need to find out who does and start from there, inmate!!! By the way your ~~money~~ 25°° Cant begin to pay any bill to get out of jail!!! Thanks to Tracy Walker_

SGT. ON DUTY RESPONSE: _____

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: _2-24-2007_

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: _____

E-F12

## INMATE REQUEST FORM

Date: JANVARY 16, 2007                    INMATES # 54311 E-POD

To: Lt. ROCCO                             C/O SIGNATURE _____

From: Carey P. Robinson                   SR C/O SIGNATURE _____

**NATURE OF REQUEST** I have been here more than 72 hrs and have yet to see A judge. I would Like to talk to someone About the Due Process law. I have No Idea whats going on. I also would Like to use the phone so that I can call my legal Advisor and to call my Family to let them know whats going on.

**ACTION TAKEN** 01-08-07 Mr Robinson, you should have gone to 1st appearance when you received these charges in 2003 & 2004.

Imus Signature

---

## INMATE REQUEST FORM

Date: JANUARY 8th 2007                    INMATES # 54311 EPOD

To: Records                               C/O SIGNATURE _____

From: CArey Paul Robinson                 SR C/O SIGNATURE _____

**NATURE OF REQUEST** I would Like to know when my Next Court Date is.

**ACTION TAKEN**

**INMATE REQUEST FORM**

Date: JANUARY 11, 2007

To: RECORDS

From: CARLY P. ROBINSON

INMATES # 54311    E-POD

C/O SIGNATURE

SR C/O SIGNATURE Buckner

NATURE OF REQUEST 2nd Request, I would Like to Know when My Court DATE is FOR the POSS. of Count Sub. Change From 2003.

ACTION TAKEN 1-18-07 Set for trial 2/20/07 @ 9:30. Subject to change without notice. Sgt. Davon

---

**INMATE REQUEST FORM**

Date: JANUARY 19, 2007

To: RECORDS

From: CARLY ROBINSON JR.

INMATES # 54311    E7

C/O SIGNATURE Phillip

SR C/O SIGNATURE

NATURE OF REQUEST I would Like to Know when My Court date is FOR My Obst. to Justice Charge with Judge HOLLOWAY

ACTION TAKEN 01-25-07 Cm Robinson; your UPCS court date, is tentatively set for 02-20-07 at 9:30 am & Obst. Justice is tentatively set for 03-05-07 at 8:50 am. Cassell

**INMATE REQUEST FORM**

Date: 01/25/07

To: SGT TURNER

From: CAREY RobinSon SR.

INMATES # 543 11 E Pod #7 Cell

C/O SIGNATURE

SR C/O SIGNATURE Buchnor

NATURE OF REQUEST I would like to *** request A PAIR OF TOE NAil Clippers to Clip my TOE NAils.

ACTION TAKEN On list for 4/30/07 (4)

USBPi Reorder # 12055 (8/06)

---

**INMATE REQUEST FORM**

EPOd #7

Date: February 7, 2007

To: SGT TURNER (E)

From: CAREY RobinSON

INMATES # 34311

C/O SIGNATURE Robert

SR C/O SIGNATURE BR

NATURE OF REQUEST I wANT a bald head & ShAVE

ACTION TAKEN You will be added to the haircut list if you are out of compliance. Compliance check done: 2-13-07 (4)

Reorder # 12055 (8/06)

## INMATE REQUEST FORM

E

Date: Feb. 20.2007          *Records*          INMATES # 54311

To: SGT TURNER                                  C/O SIGNATURE _____

From: Cardy Robinson JR.          E          SR C/O SIGNATURE _____

**NATURE OF REQUEST** I'm requesting to Change my plea from NOT Guilty to Guilty on the cost of Justice. I went to court on a poss. charge and was dismissed. I have been incarcerated for 71 days and I was extradited from Texas for those 2 changes. I have some Family business in Texas that I would like to handle A.S.A.P. I would like some Leinancy in letting me expedite this situation.

**ACTION TAKEN** 03-01-07 4m Robinson, you need to contact your attorney on that case (Shaun McGhee). We have not received any paperwork on your UPCS at this time. C.H Sult

_____ Unit's Signature _____

USBPI Reorder #12055 (8/06)

---

## INMATE REQUEST FORM

E

Date: 2/[...]/07          INMATES # 54311

To: Mrs. WALKER          C/O SIGNATURE _____

From: Cadry Robinson JR.          SR C/O SIGNATURE _____

**NATURE OF REQUEST** 2nd REQUEST I WAS SENT A Money order for $25 At the begging OF the Month OF February and it still did NOT Post to my account as OF 2/15/07 so I did NOT recieve my COMMISSARY. I would like to KNOW if it is posted NOW and why has it TAKEN SO long? And what is my balance??

**ACTION TAKEN** 2/23/07 (Th) You have .64 No money orders posted since 02/04/07

BPI Reorder #12055 (8/06)

## INMATE REQUEST FORM

Date: Feb 22, 2007                                    INMATES # 54311

To: Ms. Judy Byrd (County Clerk Office)               C/O SIGNATURE  Munn

From: Carly Robinson ■                                SR C/O SIGNATURE  BR

**NATURE OF REQUEST** I AM requesting to change My plea From Not Guilty to Guilty on the obst. of Justice. On My possess.on charge it was dismissed. I have been encarcerated for 68 days and I was extradited from Texas where I reside for the 2 charges. I really would like to clear this up As soon And as painless as possible. I would ask for some leinancy in letting me go out time served for this Obs. case. I have some family business that I really need to handle. Thank you very much!

**ACTION TAKEN**
You must write a letter to the courthouse. —

X 2-22-07 _____

---

## INMATE REQUEST FORM

E7

Date: 2/26/07                                          INMATES # 54311

To: Chaplin                                            C/O SIGNATURE

From: Carly Robinson                                   SR C/O SIGNATURE

**NATURE OF REQUEST** I want to Request A Bible. thanks.

**ACTION TAKEN** 2/26/07 Please sign for receipt of HB-KCM

X _____

**INMATE REQUEST FORM**

Date: 7 MARCH 2007          Ⓔ          INMATES # 54311

To: Records/Docket          C/O SIGNATURE Munn

From: CARLY ROBINSON          SR C/O SIGNATURE B R

**NATURE OF REQUEST** 2nd Request. I was released by the Judge on Monday 5 March and said I was released. Why AM I still here. How long does it take for My paperwork to get here from the courthouse? I would like to speak to someone bc this is not right. I have no more Charges pending so why ~~mm~~ AM I not released?

**ACTION TAKEN** 3-8-07 You have also had several C/O's calling about this as well ← it has been explained. Once the judge releases the file, a copy will be signed for by me! I do not recommend you have anyone call the judge on this matter. When I get the order, you'll be released! Sgt. Davis

---

E Pod #7

**INMATE REQUEST FORM**

Date: 7 March 2007          Ⓔ          INMATES # 54311

To: SGT DAVIS          C/O SIGNATURE Munn

From: CARLY ROBINSON          SR C/O SIGNATURE B R

**NATURE OF REQUEST** I have been released from the Judge since 5 March Monday. And I haven't been released yet. I would like to know whats going on with my paperwork. Thank you.

**ACTION TAKEN** When you and a request, at least give a chance for me to respond before sending another. These are grounds for a writ up.