IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CAREY P. ROBINSON, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:07cv127-MHT |
| ) | (WO) |
| COMMANDER McCARTY, ) | |
| ) | |
|     Defendants. ) | |

**ORDER**

On April 23, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 11). Upon an independent and de novo review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice for failure of the plaintiff to comply with the orders of this court and his failure to properly prosecute this action.

Done, this the 29th day of May 2007.

                                                                           /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE